Clyde DeWitt
Nevada State Bar No. 9791
California State Bar No. 117911
Texas State Bar No. 05670700
Law Offices of Clyde DeWitt,
    A Nevada Professional Corporation
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102-4397
(702) 386-1756; fax (702) 441-0308
*clydedewitt@earthlink.net*

Counsel for Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC and counterclaimants Scott R. Matthews and Travel Shopping Network, LLC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BLUE MOON MARKETING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LaSCALA, SUMMER BAY RESORTS CROWN CLUB, LLC, PHILLIP BREWER, WESTGATE RESORTS, LTD. WESTGATE RESORTS, L.L.C, WESTGATE RESORTS, INC., RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC, <br><br> Defendants. <br>―――――――――――――――― <br> And Related Counterclaim | **Case Number:** <br><br> **2:13-cv-2238-JAD-GWF** <br><br> Hon. Jennifer A. Dorsey <br>     United States District Judge <br><br> Hon. George Foley, Jr <br>     United States Magistrate Judge <br><br> **ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC., AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC** |

1    COME NOW,

2    Scott R. Matthews

3    Travel Excursion Network, LLC

4    4 Star Holdings LLC

5    Allan R. Leffler

6    Tracy L. Leffler

7    Prestige Travel Systems, Inc.

8    Ron LaScala

9    RW Advertising, Inc. and

10    Call Services International LLC,

11 (the "Answering Defendants") and, answering the allegations in the original

12 Complaint, filed on or about December 6, 2013 in the above-captioned matter (the

13 "Complaint") by Plaintiff Blue Moon Marketing, LLC ("Blue Moon" or "Plaintiff")

14 and, based upon knowledge of their own actions and information and belief as to the

15 actions of others, denying any allegation not specifically admitted here, allege:

16

17               **NATURE OF ACTION**

18      1.     Answering the allegations contained in Paragraph 1 of the Complaint,

19 Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

20 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

21 RW Advertising, Inc. and Call Services International LLC neither admit nor deny the

22

23

---

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

allegation because it is not an allegation contemplated by Rule 8 of the Federal Rules of Civil Procedure.

## PARTIES

2.      Answering the allegations contained in Paragraph 2 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

3.      Answering the allegations contained in Paragraph 3 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

4.      Answering the allegations contained in Paragraph 4 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

5.      Answering the allegations contained in Paragraph 5 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

---

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

6.      Answering the allegations contained in Paragraph 6 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

7.      Answering the allegations contained in Paragraph 7 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

8.      Answering the allegations contained in Paragraph 8 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

9.      Answering the allegations contained in Paragraph 9 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

10.     Answering the allegations contained in Paragraph 10 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

---

**Page 4**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations; and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant, notwithstanding any admission.

11. Answering the allegations contained in Paragraph 11 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant, notwithstanding any admission.

12. Answering the allegations contained in Paragraph 12 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant, notwithstanding any admission.

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1    13.    Answering the allegations contained in Paragraph 13 of the Complaint,

2    Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

3    LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

4    RW Advertising, Inc. and Call Services International LLC are without sufficient

5    information and belief to admit or deny same and, accordingly, DENY those

6    allegations and further and for the same reason DENY any of the allegations

7    following in the Complaint that collectively allege acts of the "Defendants" to the

8    extent that they allege acts of this defendant, notwithstanding any admission.

9    14.    Answering the allegations contained in Paragraph 14 of the Complaint,

10   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

11   LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

12   RW Advertising, Inc. and Call Services International LLC are without sufficient

13   information and belief to admit or deny same and, accordingly, DENY those

14   allegations and further and for the same reason DENY any of the allegations

15   following in the Complaint that collectively allege acts of the "Defendants" to the

16   extent that they allege acts of this defendant, notwithstanding any admission.

17   15.    Answering the allegations contained in Paragraph 15 of the Complaint,

18   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

19   LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

20   RW Advertising, Inc. and Call Services International LLC ADMIT same.

21

22

23

25   **ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

28   **Case Number 2:13-cv-2238-JAD-GWF**

16.     Answering the allegations contained in Paragraph 16 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant.

17.     Answering the allegations contained in Paragraph 17 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

18.     Answering the allegations contained in Paragraph 18 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations; moreover, for the same reason they DENY any of the factual allegations of the complaint concerning the activities of the "Defendants" with respect to the "Doe Defendants," notwithstanding any admission that may be made with respect to other defendants.

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

19.   Answering the allegations contained in Paragraph 19 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny the allegations of diversity because the identity, and therefore the citizenship, of the "Doe Defendants" is unknown and, accordingly, DENY those allegations as to the allegations concerning diversity; however, said defendants ADMIT that this court has federal-question jurisdiction based upon the allegations in the Complaint, without admitting any of those allegatins.

20.   Answering the allegations contained in Paragraph 20 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

21.   Answering the allegations contained in Paragraph 21 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

---

**Page 8**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

1    22.    Answering the allegations contained in Paragraph 22 of the Complaint,

2    Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

3    LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

4    RW Advertising, Inc. and Call Services International LLC DENY same.

5    23.    Answering the allegations contained in Paragraph 23 of the Complaint,

6    Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

7    LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

8    RW Advertising, Inc. and Call Services International LLC DENY same.

9

10                          **BACKGROUND FACTS**

11    24.    Answering the allegations contained in Paragraph 24 of the Complaint,

12    Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

13    LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

14    RW Advertising, Inc. and Call Services International LLC DENY same except to

15    ADMIT that the infomercial industry is a large advertising medium using television

16    programs to promote sales; that infomercials are used to promote a variety of products

17    including those alleged; that not all infomercial campaigns succeed; but that some are

18    successful.

19    25.    Answering the allegations contained in Paragraph 25 of the Complaint,

20    Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

21    LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

22

23

---

**Page 9**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1   RW Advertising, Inc. and Call Services International LLC are without sufficient
2   information and belief to admit or deny same and, accordingly, DENY those
3   allegations.

4        26.    Answering the allegations contained in Paragraph 26 of the Complaint,
5   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings
6   LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,
7   RW Advertising, Inc. and Call Services International LLC are without sufficient
8   information and belief to admit or deny same and, accordingly, DENY those
9   allegations.

10       27.    Answering the allegations contained in Paragraph 27 of the Complaint,
11  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings
12  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,
13  RW Advertising, Inc. and Call Services International LLC DENY same.

14       28.    Answering the allegations contained in Paragraph 28 of the Complaint,
15  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings
16  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,
17  RW Advertising, Inc. and Call Services International LLC are without sufficient
18  information and belief to admit or deny same and, accordingly, DENY those
19  allegations.

20       29.    Answering the allegations contained in Paragraph 29 of the Complaint,
21  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

22

23

24  **Page 10**

25  **ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
    NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,**
26  **PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
    CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.**
27  **MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST
    COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,**
28  **DARYL DUPREE AND DOES 1-10**

                              **Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

30.     Answering the allegations contained in Paragraph 30 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

31.     Answering the allegations contained in Paragraph 31 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT that Exhibit "1" (which was filed a week after the Complaint) is a copy of a copyright registration filed withthe copyright office but, otherwise, are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations

32.     Answering the allegations contained in Paragraph 32 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1  information and belief to admit or deny same and, accordingly, DENY those

2  allegations.

3       33.    Answering the allegations contained in Paragraph 33 of the Complaint,

4  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

5  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

6  RW Advertising, Inc. and Call Services International LLC are without sufficient

7  information and belief to admit or deny same and, accordingly, DENY those

8  allegations.

9       34.    Answering the allegations contained in Paragraph 34 of the Complaint,

10 Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

11 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

12 RW Advertising, Inc. and Call Services International LLC DENY same.

13      35.    Answering the allegations contained in Paragraph 35 of the Complaint,

14 Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

15 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

16 RW Advertising, Inc. and Call Services International LLC  DENY same.

17      36.    Answering the allegations contained in Paragraph 36 of the Complaint,

18 Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

19 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

20 RW Advertising, Inc. and Call Services International LLC DENY same except to

21 ADMIT that the alleged corporation was formed on or near the date alleged.

22

23

---

24  **Page 12**

25  **ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
    NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,
26  PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
    CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.
27  MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST
    COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,
28  DARYL DUPREE AND DOES 1-10**

37.     Answering the allegations contained in Paragraph 37 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same except to ADMIT that the alleged limited liability company was formed on or near the date alleged.

38.     Answering the allegations contained in Paragraph 38 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

39.     Answering the allegations contained in Paragraph 39 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

40.     Answering the allegations contained in Paragraph 40 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same otehr to admit that the alleged URL was registered.

41.     Answering the allegations contained in Paragraph 41 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

2  RW Advertising, Inc. and Call Services International LLC DENY same.

3      42.     Answering the allegations contained in Paragraph 42 of the Complaint,

4  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

5  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

6  RW Advertising, Inc. and Call Services International LLC DENY same.

7      43.     Answering the allegations contained in Paragraph 43 of the Complaint,

8  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

9  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

10  RW Advertising, Inc. and Call Services International LLC are without sufficient

11  information and belief to admit or deny same and, accordingly, DENY those

12  allegations.

13      44.     Answering the allegations contained in Paragraph 44 of the Complaint,

14  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

15  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

16  RW Advertising, Inc. and Call Services International LLC  DENY same.

17      45.     Answering the allegations contained in Paragraph 45 of the Complaint,

18  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

19  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

20  RW Advertising, Inc. and Call Services International LLC  DENY same.

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

46. Answering the allegations contained in Paragraph 46 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

47. Answering the allegations contained in Paragraph 47 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

48. Answering the allegations contained in Paragraph 48 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

49. Answering the allegations contained in Paragraph 49 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

50. Answering the allegations contained in Paragraph 50 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENy same.

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

1       51.    Answering the allegations contained in Paragraph 51 of the Complaint,

2  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

3  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

4  RW Advertising, Inc. and Call Services International LLC DENY same.

5       52.    Answering the allegations contained in Paragraph 52 of the Complaint,

6  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

7  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

8  RW Advertising, Inc. and Call Services International LLC DENY same.

9       53.    Answering the allegations contained in Paragraph 53 of the Complaint,

10  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

11  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

12  RW Advertising, Inc. and Call Services International LLC DENY same.

13       54.    Answering the allegations contained in Paragraph 54 of the Complaint,

14  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

15  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

16  RW Advertising, Inc. and Call Services International LLC DENY same.

17       55.    Answering the allegations contained in Paragraph 55 of the Complaint,

18  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

19  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

20  RW Advertising, Inc. and Call Services International LLC DENY same.

---

**Page 16**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1   56.   Answering the allegations contained in Paragraph 56 of the Complaint,

2   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

3   LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

4   RW Advertising, Inc. and Call Services International LLC DENY same.

5   57.   Answering the allegations contained in Paragraph 57 of the Complaint,

6   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

7   LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

8   RW Advertising, Inc. and Call Services International LLC are without sufficient

9   information and belief to admit or deny same and, accordingly, DENY those

10  allegations.

11  58.   Answering the allegations contained in Paragraph 58 of the Complaint,

12  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

13  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

14  RW Advertising, Inc. and Call Services International LLC  DENY same.

15  59.   Answering the allegations contained in Paragraph 59 of the Complaint,

16  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

17  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

18  RW Advertising, Inc. and Call Services International LLC  DENY same except to

19  ADMIT that, on or about November 5, 2013, Defendant Scott Matthews had a

20  telephone call with Tony Besasie in response to a communication he had with

21  someone at Cannella asking to run a show on the that day.

---

**Page 17**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1    60.    Answering the allegations contained in Paragraph 60 of the Complaint,

2    Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

3    LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

4    RW Advertising, Inc. and Call Services International LLC are without sufficient

5    information and belief to admit or deny same and, accordingly, DENY those

6    allegations.

7    61.    Answering the allegations contained in Paragraph 61 of the Complaint,

8    Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

9    LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

10   RW Advertising, Inc. and Call Services International LLC DENY same.

11   62.    Answering the allegations contained in Paragraph 62 of the Complaint,

12   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

13   LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

14   RW Advertising, Inc. and Call Services International LLC ADMIT that a letter was

15   sent but DENY that the summary of its content is accurate.

16   63.    Answering the allegations contained in Paragraph 63 of the Complaint,

17   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

18   LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

19   RW Advertising, Inc. and Call Services International LLC DENY.same.

20   64.    Answering the allegations contained in Paragraph 64 of the Complaint,

21   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

22

23

24

**Page 18**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,
PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.
MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST
COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,
DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

2  RW Advertising, Inc. and Call Services International LLC DENY same.

3         65.    Answering the allegations contained in Paragraph 65 of the Complaint,

4  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

5  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

6  RW Advertising, Inc. and Call Services International LLC are without sufficient

7  information and belief to admit or deny same and, accordingly, DENY those

8  allegations.

9         66.    Answering the allegations contained in Paragraph 66 of the Complaint,

10  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

11  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

12  RW Advertising, Inc. and Call Services International LLC DENY same.

13

14                        **FIRST CLAIM FOR RELIEF**

15         67.    Answering the allegations contained in Paragraph 67 of the Complaint,

16  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

17  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

18  RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the

19  responses herein to the incorporated allegations.

20         68.    Answering the allegations contained in Paragraph 68 of the Complaint,

21  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

22

23

24                              **Page 19**

25  ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
    NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,
26  PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
    CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.
27  MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST
    COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,
28  DARYL DUPREE AND DOES 1-10

    **Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

69. Answering the allegations contained in Paragraph 69 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

70. Answering the allegations contained in Paragraph 70 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

71. Answering the allegations contained in Paragraph 71 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

72. Answering the allegations contained in Paragraph 72 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

73. Answering the allegations contained in Paragraph 73 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

74. Answering the allegations contained in Paragraph 74 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

75. Answering the allegations contained in Paragraph 75 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

76. Answering the allegations contained in Paragraph 76 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

## SECOND CLAIM FOR RELIEF

77. Answering the allegations contained in Paragraph 77 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses herein to the incorporated allegations.

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

78.     Answering the allegations contained in Paragraph 78 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

79.     Answering the allegations contained in Paragraph 79 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

80.     Answering the allegations contained in Paragraph 80 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

81.     Answering the allegations contained in Paragraph 81 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

82.     Answering the allegations contained in Paragraph 82 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

## THIRD CLAIM FOR RELIEF

83.     Answering the allegations contained in Paragraph 83 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses herein to the incorporated allegations.

84.     Answering the allegations contained in Paragraph 84 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

85.     Answering the allegations contained in Paragraph 85 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

86.     Answering the allegations contained in Paragraph 86 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

87.     Answering the allegations contained in Paragraph 87 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

1  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

2  RW Advertising, Inc. and Call Services International LLC DENY same.

3      88.     Answering the allegations contained in Paragraph 88 of the Complaint,

4  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

5  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

6  RW Advertising, Inc. and Call Services International LLC DENY same.

7      89.     Answering the allegations contained in Paragraph 89 of the Complaint,

8  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

9  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

10  RW Advertising, Inc. and Call Services International LLC DENY same.

11

12              **FOURTH CLAIM FOR RELIEF**

13      90.     Answering the allegations contained in Paragraph 90 of the Complaint,

14  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

15  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

16  RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the

17  responses herein to the incorporated allegations.

18      91.     Answering the allegations contained in Paragraph 91 of the Complaint,

19  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

20  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

21  RW Advertising, Inc. and Call Services International LLC DENY same.

22

23

24  **Page 24**

25  ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,

26  PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.

27  MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,

28  DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

92.     Answering the allegations contained in Paragraph 92 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

93.     Answering the allegations contained in Paragraph 93 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

94.     Answering the allegations contained in Paragraph 94 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

95.     Answering the allegations contained in Paragraph 95 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

96.     Answering the allegations contained in Paragraph 96 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

97.     Answering the allegations contained in Paragraph 97 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

98.     Answering the allegations contained in Paragraph 98 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

99.     Answering the allegations contained in Paragraph 99 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

100.     Answering the allegations contained in Paragraph 100 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

101.     Answering the allegations contained in Paragraph 101 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

Case Number 2:13-cv-2238-JAD-GWF

102.    Answering the allegations contained in Paragraph 102 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

103.    Answering the allegations contained in Paragraph 103 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

104.    Answering the allegations contained in Paragraph 104 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

105.    Answering the allegations contained in Paragraph 105 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

## FIFTH CLAIM FOR RELIEF

106.    Answering the allegations contained in Paragraph 106 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses herein to the incorporated allegations.

107. Answering the allegations contained in Paragraph 107 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

108. Answering the allegations contained in Paragraph 108 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

109. Answering the allegations contained in Paragraph 109 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

110. Answering the allegations contained in Paragraph 110 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

111. Answering the allegations contained in Paragraph 111 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

---

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

112. Answering the allegations contained in Paragraph 112 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

113. Answering the allegations contained in Paragraph 113 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

114. Answering the allegations contained in Paragraph 114 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

115. Answering the allegations contained in Paragraph 115 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

116. Answering the allegations contained in Paragraph 116 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

2  RW Advertising, Inc. and Call Services International LLC DENY same.

3      117.    Answering the allegations contained in Paragraph 117 of the Complaint,

4  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

5  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

6  RW Advertising, Inc. and Call Services International LLC DENY same.

7      118.    Answering the allegations contained in Paragraph 118 of the Complaint,

8  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

9  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

10  RW Advertising, Inc. and Call Services International LLC DENY same.

11

12                    **SIXTH CLAIM FOR RELIEF**

13      119.    Answering the allegations contained in Paragraph 119 of the Complaint,

14  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

15  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

16  RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the

17  responses herein to the incorporated allegations.

18      120.    Answering the allegations contained in Paragraph 120 of the Complaint,

19  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

20  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

21  RW Advertising, Inc. and Call Services International LLC DENY same.

22

23

25  **ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
    NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,
26  PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
    CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.
27  MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST
    COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,
28  DARYL DUPREE AND DOES 1-10**

                              **Case Number 2:13-cv-2238-JAD-GWF**

121.   Answering the allegations contained in Paragraph 121 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

122.   Answering the allegations contained in Paragraph 122 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

## DEFENSES

In advancing the following defenses, the Answering Defendants do not concede that any of them have the burden of proof:

### First Defense

As to each Claim, the Complaint fails to state a claim upon which relief can be granted.

### Second Defense

As to the Answering Defendants, this court lacks personal jurisdiction over said defendant pursuant to the Fourteenth Amendment of the United States Constitution and Nevada Revised Statutes § 14.065.

---

**Page 31**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

**Third Defense**

The action fails to name as a plaintiff Brian MacGregor, who is a real party in interest in both law and equity. Defendants are informed and believe and thereon allege that the Plaintiff entity is a front for Brian MacGregor; it is owned by Level-12, Inc., a Guyana corporation which, in turn, is beneficially owned by Brian MacGregor; and that both the Plaintiff entity and Level-12, Inc. are devices created by Brian MacGregor to hide the fact that Brian MacGregor is engaged in telemarketing in violation of an injunction issued in *Federal Trade Commission v Universal Premium Services et al.*, Case No. 2:06-cv-00849-GW-OP (C.D. Cal., Document No. 299, filed February 26, 2007).[1]

---

[1]    *Federal Trade Commission v Universal Premium Services et al.*, Case No. 2:06-cv-00849-GW-OP (C.D. Cal., Document No. 299, filed February 26, 2007); *aff'd sub nom. Federal Trade Commission v. Brian K. MacGregor, et al.*, No. 08-55838 (9th Cir., December 30, 2009) (the "Permanent Injunction"). The Permanent Injunction prohibited McGregor and others from,

   "... *engaging in, participating in, assisting in, or facilitating the sale or marketing of any program memberships, including but not limited to memberships in* discount buyers clubs, *vacation programs*, gasoline discount programs, discount movie ticket programs, roadside assistance programs, Internet and long distance telephone service programs, discount legal services programs, discount DVD and television programs and ink cartridge programs." Permanent Injunction, p. 6, *l.* 27 to p. 7., *l.* 5.

The Permanent Injunction further enjoined the subject MacGregor and others from,

   "... engaging in telemarketing of any kind, in any manner or capacity whatsoever (including but not limited to by consulting, brokering, planning, investing, or advising), whether directly, indirectly through an

---

**Page 32**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

1

2      **Fourth Defense**

3          The claims for punitive/exemplary damages in the Complaint are limited by the

4      Eighth and Fourteenth Amendment of the United States Constitution and Nevada

5      Revised Statutes § 42.005.

6

7      **Fourth Defense**

8          Plaintiff is barred from claimed equitable remedies based upon the doctrine of

9      unclean hands.

10

11

12

13
       intermediary or otherwise, individually, or through any business entity
14     or other device." Permanent Injunction, p. 6, *ll.* 18-24 (parenthetical in
       the original).
15
       "Telemarketing," in turn, is defined in the Permanent Injunction as,
16
       ". . . a plan, program, or campaign which is conducted to induce the
17     purchase of goods or services or a charitable contribution, by uses of
       one or more telephones which involves more than one interstate
18     telephone call." Permanent Injunction, p. 6, *ll.* 14-17.

19         Moreover, the definition of "Telemarketer" includes "any person who, in
       connection with telemarketing, initiates ***or receives*** telephone calls to ***or from*** a
20     customer . . . ." Permanent Injunction, p. 6, *ll.* 12-13 (emphasis added).

21         An infomercial necessarily violates the above because, the functionality of an
       infomercial is to induce viewers to place a telephone call to the advertised number
22     with the objective of purchasing a product.

23

24                                    **Page 33**

25     ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
       NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,
26     PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
       CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.
27     MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST
       COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,
28     DARYL DUPREE AND DOES 1-10

                             **Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

**Fifth Defense**

To the extent that the Complaint relies upon diversity jurisdiction, the state law claims must be dismissed because it includes "DOE" defendants. *Fifty Associates v. Prudential Ins. Co. of America*, 446 F.2d 1187, 1188-92 (9th Cir. 1970).

**Sixth Defense**

Any use of by any defendant of any materials on which that defendant did not own the copyright or have a license to the copyright, such use was fair use under the Copyright Act of 1976, including but not limited to 17 U.S.C. § 107 and the First and Fourteenth Amendments to the United States Constitution.

**Seventh Defense**

Any use of by any defendant of any materials on which that defendant did not own the copyright or have a license to the copyright, such use was not substantial copying.

**Eight Defense**

The copyright registration that is allegedly infringed by Defendants is invalid for failure to comply with the requirements for copyrightable subject matter set forth in 17 U.S.C. § 102.

---

**Page 34**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

**Ninth Defense**

Plaintiff's claim for copyright infringement is barred by the doctrine of copyright misuse, as Plaintiffs' initiation of this action is an unlawful attempt to secure an exclusive right to a business relationship.

**Tenth Defense**

One or more of Plaintiff's claims for statutory damages and attorneys' fees under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright registrations were not made within three months after the first publication of the allegedly infringing works, as required by 17 U.S.C. § 412.

**Eleventh Defense**

Plaintiffs are not entitled to injunctive relief because any alleged injury to Plaintiffs is not immediate or irreparable, and Plaintiffs have an adequate remedy at law.

**Twelfth Defense**

Plaintiff is estopped from bringing this each of the alleged causes of action because of the actions alleged in the counterclaim.

---

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

**Thirteenth Defense**

Plaintiff's Sixth Claim for Relief is preempted by the Copyright Act of 1976, as amended.

**Fourteenth Defense**

If there was a contract between Scott R. Matthews and Plaintiff or anyone associated with the plaintiff, which Defendant Matthews denies, it is barred by the Statute of Frauds.

**Fifteenth Defense**

If there was a contract between Scott R. Matthews and Plaintiff or anyone associated with the plaintiff, which Defendant Matthews denies, it was induced by fraud in that MacGregor failed to disclose that he was the subject of a permanent injunction, which had been brought by the Federal Trade Commission, prohibiting MacGregor from engaging in any telemarketing activities.

**Reservation**

Defendants reserve the opportunity to assert additional defenses as investigation and discover reveal their existence.

---

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

## **PRAYER FOR RELIEF**

Wherefore, the aforesaid defendants pray that the a judgment be entered in favor of Defendants Scott Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron Lascala, RW Advertising, Inc. and Call Services International LLC and against Plaintiff Blue Moon Marketing, LLC, that said plaintiffs take nothing; that all costs and reasonable attorneys fees pursuant to 17 U.S.C. § 505 be awarded in favor of said Defendants and gainst Plaintiffs Blue Moon Marketing, LLC and Level-12, Inc.; and any and all other relief warranted by the proof.

Dated: January 7, 2014.                    Respectfully Submitted,

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT, APC


By: */s/ Clyde DeWitt*
          Clyde DeWitt

Counsel for Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC.

---

**Page 37**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

Clyde DeWitt
Nevada State Bar No. 9791
California State Bar No. 117911
Texas State Bar No. 05670700
Law Offices of Clyde DeWitt,
    A Nevada Professional Corporation
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102-4397
(702) 386-1756; fax (702) 441-0308
*clydedewitt@earthlink.net*

Counsel for Counterclaimants Scott R. Matthews and Travel Shopping Network, LLC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT R. MATTHEWS, an individual and TRAVEL SHOPPING NETWORK, LLC, a Nevada Limited Liability Company,<br><br>        Counterclaimants,<br><br>v.<br><br>BLUE MOON MARKETING, LLC, a Nevada Liability Company and BRYAN MACGREGOR, an Individual, DOES 1-5, inclusive and DOES, INC. 6-10 inclusive,<br>        Counterdefendants. | <u>Case Number:</u><br><br>**2:13-cv-2238-JAD-GWF**<br><br>Hon. Jennifer A. Dorsey<br>        United States District Judge<br><br>Hon. George Foley, Jr<br>        United States Magistrate Judge<br><br>**ORIGINAL COUNTERCLAIM FOR:**<br><br>**1. RACKETEERING;**<br><br>**2. DECEPTIVE TRADE PRACTICES; AND**<br><br>**3. DECLARATORY RELIEF** |

---

**Page 38**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

COMES NOW DEFENDANT AND COUNTERCLAIMANTS SCOTT R. MATTHEWS and TRAVEL SHOPPING NETWORK, LLC and, based upon knowledge of his own acts and information and belief as to the acts of others, complains against Counterdefendants BLUE MOON MARKETING, LLC, BRIAN MACGREGOR and DARYL DUPREE and DOES 1-10 as follows:

## INTRODUCTION

Counterdefendant Brian MacGregor ("MacGregor") is a veteran of the telemarketing industry, although his most successful effort appears to have been something less that an honest one. Particularly, MacGregor was found by the United States District Court for the Central District of California to have been engaged in a massive fraud scheme, all resulting in a judgment from that court assessing over $28 Million in civil penalties and an injunction against engaging in further telemarketing activities (the "FTC Injunction"). Counterdefendant Daryl DuPree ("DuPree") was integrally involved with MacGregor in the activities that gave rise to the FTC Injunction. MacGregor, DuPree and others are now embarked upon another fraudulent scheme, equally heinous and in competition with Counterclaimants Scott R. Matthews and his company, Travel Shopping Network, LLC.

With respect to his current endeavor, MacGregor sought the involvement of Matthews; indeed, they were in the process of drafting a written agreement until such time that Matthews found out about the FTC Injunction. Wanting no part of violating

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

a federal injunction, Matthews abruptly withdrew from any consideration of working with MacGregor. MacGregor's proposal was that he would produce a television infomercial that Travel Shopping Network, LLC, an entity created by Counterclaimant Matthews, would monetize, seizing on Matthews good relationship with the travel industry in Florida.

MacGregror created the Counterdefendant entity, Blue Moon Marketing, LLC, intent upon getting back into the infomercial business. Out of concern for being accused of violating the FTC Injunction, MacGregor struck an arrangement with DuPree to create Blue Moon. DuPree was little more than what is known as a "nominee" – which often, as in this case, is a person named as the figurehead in an entity to disguise its true owner because the true owner – here, MacGregror – wishes to shield him- or her- self from law enforcement authorities, taxing authorities and/or creditors.

The infomercial that MacGregor created, with substantial input from Counterclaimant Matthews, like most infomercials, invites the viewer to call a toll-free number, where the representative will attempt to sell the advertised product and, often, sell a more costly product in place of it (called "up-selling").

MacGregor and DuPree unsuccessfully attempted to take over Travel Shopping Network, LLC, by DuPree perpetrating a hoax on the Office of the Nevada Secretary of State. Specifically, at MacGregor's instance, DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently added DuPree as a

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

Member of Travel Shopping Network, LLC. Having achieved that, DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently created a Nevada Corporation, Travel Shopping Network (without any suffix such as "Inc.," "Corp.," "Ltd." etc.), the incorporation of which was allowed only because a document was submitted by or at the instance of DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently approved the name based upon DuPree's fraudulent status as a member of Travel Shopping Network, LLC; without that consent, the Office of the Nevada Secretary of State would not have approved the incorporation of MacGregor's "Travel Shopping Network" corporation because it had a name that was confusingly similar to Travel Shopping Network, LLC. That hoax was designed to fraudulently take over Travel Shopping Network, LLC.

Having done all of that but failing to fraudulently take control of Travel Shopping Network, LLC, MacGregor and his fronts, Blue Moon and DuPree, embarked their own telemarketing campaign, a blatant fraud. It claimed to offer a cruise on Carnival Cruise Lines fo $149.00 – a product that Carnival Cruise Lines did not offer – without the knowledge or consent of Carnival. All of that has damaged Counterclaimants; and they bring this counterclaim for declaratory, injunctive and monetary relief because of it.

/

/

---

**Page 41**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

# JURISDICTION AND VENUE

1. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1367 because the counterclaims arise from the same transaction and rely on identical facts of the Plaintiff's Complaint for their resolution, they "form part of the same case or controversy under Article III" of the United States Constitution. *See Sea-Land Service, Inc. v. Lozen Intern., LLC*, 285 F.3d 808, 814 (9th Cir. 2002).

2. This court also has jurisdiction pursuant to 28 U.S.C. § 1331 over the Racketeering claims.

3. Because this Court has jurisdiction to address the controversy before it, 28 U.S.C. § 2201 grants the Court authority to declare the rights of the parties before it, and 28 U.S.C. § 2202 authorizes the Court to grant such further relief, including injunctive relief, as the Court may deem necessary and proper.

4. Venue is proper because, as to Plaintiff Blue Moon Marketing, LLC because, by filing the action to which this district, it submitted itself to the jurisdiction and venue of this court. *See Manley v. Engram*, 755 F2d 1463, 1468 (11th Cir. 1985); and, as to Counterdefendant Brian MacGregor, venue is proper because a substantial part of the events and omissions giving rise to the claim occurred in this district. 28 U.S.C. § 1391 (b)(2).

/

/

/

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

**PARTIES**

5.  Counterclaimant Scott R. Matthews ("Matthews") is an individual who is a resident and citizen of Orange County, Florida.

6.  Counterclaimant Travel Shopping Network, LLC is a limited liabillity company, organized and existing under the laws of the state of Nevada with its principal offices in Orange County, Florida. Matthews is sole member, owner and manager of Travel Shopping Network, LLC.

7.  Counterdefendant Blue Moon Marketing, LLC ("Blue Moon") is a limited liability company, organized and existing under the laws of the State of Nevada with its principal office at 2360 CORPORATE CIRCLE. SUITE 400, Henderson, NV 89074-7722.[2] Blue Moon is a sham *alter ego* of Brian MacGregor, as more specifically alleged below.

8.  Brian MacGregor ("MacGregor") is an individual who is believed to be a resident and citizen of Clark County, Nevada, although he is also believed to live in Mono County, California. MacGregor is deliberately creating circumstances such that he and his assets are as difficult to locate as possible because the United States has a judgment against him in the amount approximately $28,000,000 which the Federal Trade Commission, which brought the action resulting in the judgment, is

---

[2]  This is reflected in the records of the Nevada Secretary of State: *http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=7qMIiV09zgpZMWtJknSb5g%253d%253d&nt7=0*

---

**Page 43**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

1  attempting to collect.[3]  As a result, MacGregor has situated his assets outside the
2  United States, in Guyana and elsewhere.

3       9.    Daryl DuPree ("DuPree") is an individual who is a resident and citizen
4  of Clark County, Nevada.

5       10.    Blue Moon, MacGregor, DuPree and any DOES or DOES, INC.
6  defendants that are later named are collectively referenced herein as the "Named
7  Defendants."

8       11.    Each of DOES 1-5 inclusive is an individual, the residency and
9  citizenship of which presently is unknown to Counterclaimant.  Each of DOES, INC.
10 6-10 is an entity (*e.g.*, a corporation, limited liability company, trust, partnership, etc.)
11 the residency, citizenship and place of registration of which presently is unknown to
12 Counterclaimant.  Counterclaimant is ignorant of the true names and capacities of the
13 defendants sued herein as DOES 1-5, inclusive amd DOES, INC. 6-10, and therefore
14 sues those defendants by those fictitious names.   Counterclaimant will amend this
15 Counterclaim to state the true names and capacities of these Doe defendants once
16 ascertained.

17 /

18 /

19 /

---

[3]    *Federal Trade Commission v Universal Premium Services et al.*, Case
No. 2:06-cv-00849-GW-OP (C.D. Cal., Document No. 498, filed January 6,
2007)(Abstract of Judgment.).

---

**Page 44**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

# FACTS COMMON TO ALL CLAIMS

## *Alter Ego*

12.    MacGregor is the *alter ego* of Blue moon.  Specifically, Blue Moon is influenced and governed by MacGregor; (2) there is a unity of interest and ownership such that MacGregor is inseparable from the Blue Moon; and (3) the facts are such that adherence to the fiction of separate entity would, under the circumstances, sanction a fraud or promote injustice. *See Truck Ins. Exch. v. Palmer J. Swanson, Inc.*, 189 P.3d 656, 660 (Nev. 2008).   Further, Blue Moon is and always has been undercapitalized.

## Agency

13.    Counterclaimant is informed and believe and thereon allege that each of the Counterdefendants at all relevant times was the agent, employee, conspirator, and/or joint venturer of the remaining Counterdefendants, and in doing the things or in failing to do the things hereinafter alleged, each Counterdefefendant was acting within the course and scope of such agency, employment, conspiracy, and joint venture with the advance knowledge, acquiescence or subsequent ratification of each and every remaining Counterdefendant.

/

/

/

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

**The Federal Trade Commission Action**

14.     The court should take judicial notice of the judicial documents cited in this section pursuant to Rules 201(b) and 201(c)(2) of the Federal Rule of Evidence:

15.     On February 14, 2006, the Federal Trade Commission filed under seal its Original Complaint in *Federal Trade Commission v Universal Premium Services et al.*, Case No. 2:06-cv-00849-GW-OP in the United States District Court for the Central District of California (Docket Document No. 1 therein[4]).  The Federal Trade Commission immediately garnered a temporary restraining order (*FTC* Docket No. 23) and, later an order of preliminary injunction (*FTC* Docket No. 57), each enjoining numerous fraudulent practices, freezing assets and appointing a receiver.  MacGregor filed a notice of appeal from the preliminary injunction shortly after its issuance (*FTC* Docket No. 116), although the appeal was dismissed by stipulation not long thereafter (*FTC* Docket No. 160).

16.     On February 26, 2007, a Permanent Injunction was issued (*FTC* Docket No. 299, the "Permanent Injunction"), prohibiting MacGregor and the other defendants in that case, *inter alia*, from,

"... ***engaging in, participating in, assisting in, or facilitating the sale or marketing of any program memberships, including but not limited to memberships in*** discount buyers clubs, ***vacation programs***, gasoline discount programs, discount movie ticket programs, roadside assistance

---

[4]     Hereafter, "*FTC* Docket No."

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

Case Number 2:13-cv-2238-JAD-GWF

programs, Internet and long distance telephone service programs, discount legal services programs, discount DVD and television programs and ink cartridge programs." Permanent Injunction, p. 6, *l.* 27 to p. 7., *l.* 5.

17.    The Permanent Injunction further enjoined the subject MacGregor and others from,

". . . engaging in telemarketing of any kind, in any manner or capacity whatsoever (including but not limited to by consulting, brokering, planning, investing, or advising), whether directly, indirectly through an intermediary or otherwise, individually, or through any business entity or other device." Permanent Injunction, p. 6, *ll.* 18-24 (parenthetical in the original).

18.    "Telemarketing," in turn, is defined in the definition portion of the Permanent Injunction as,

". . . a plan, program, or campaign which is conducted to induce the purchase of goods or services or a charitable contribution, by uses of one or more telephones which involves more than one interstate telephone call." Permanent Injunction, p. 6, *ll.* 14-17.

19.    Moreover, the definition of "Telemarketer" includes "any person who, in connection with telemarketing, initiates ***or receives*** telephone calls to ***or from*** a customer . . . ." Permanent Injunction, p. 6, *ll.* 12-13 (emphasis added).

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

20.     The court later entered a final monetary judgment against MacGregor in the amount of $28,233,124.00 (*FTC* Docket No. 408, 423).

21.     MacGregor challenged the relief by appealing to the United States Court of Appeals for the Ninth Circuit (*FTC* Docket No. 463), which entirely affirmed the challenged orders of the district court (*FTC* Docket No. 527).

22.     In affirming the judgment (*Id.*), the Court of Appeals found, *inter alia*, that,

> "The FTC provided sufficient evidence to show that third party call centers acting in the names of MSD and other corporate shells in which MacGregor was involved ("the Companies") violated the FTC Act and the TSR [the Federal Trade Commission's "Telemarketing Sales Rule"]. . . .
>
> "Appellants argue that they wrote procedures and scripts to assure the content of telemarketing calls, trained and monitored the third party call centers, and disciplined or terminated callers who did not comply with the procedures and scripts.  However, the evidence Appellants provided in support of this argument does not demonstrate that the numerous violations of the FTC Act and the TSR did not occur.  Because Appellants provided no affirmative evidence to counter the FTC's evidence, it is undisputed that third party call centers acting in the Companies' names violated the FTC Act and the TSR. . . . [¶]

---

**Page 48**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

"With the contractual authority to sell products in the name of the Companies following the Companies' processes and scripts, the third party call centers had the apparent authority to engage in the acts that were improper under the FTC Act and the TSR. . . .

"Appellants next argue that, even if the FTC's data are correct regarding consumer reports of abusive conduct, the data are insufficient to show a 'practice' of engaging in abusive conduct. However, among other data, the FTC provided evidence showing Appellants' high rates of return, decline, and consumer complaint, all of which is probative of widespread material misrepresentation and other abusive conduct. Appellants again failed to produce affirmative evidence to counter the FTC's evidence, pointing only to their scripts and written quality assurance processes. The Court finds that no genuine issue remains regarding the widespread nature of Appellants' abusive conduct under the FTC Act and the TSR. This Court has held that

"'(a)n individual is personally liable for a corporation's (FTC Act) violations if he 'participated directly in the acts or practices or had authority to control them' and 'had actual knowledge of material misrepresentations, was recklessly indifferent to the truth or falsity of a misrepresentation, or had an awareness of a

---

**Page 49**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

1         high probability of fraud along with an intentional avoidance of

2         the truth.'

3         "The FTC provided evidence that MacGregor participated in the

4 operations of the Companies by writing call center scripts, designing websites,

5 and overseeing finances, among other things. Appellants did not counter the

6 FTC's evidence with anything but conclusory language from MacGregor. The

7 FTC's evidence that MacGregor participated directly in the practices of

8 the Companies is thus undisputed.

9         "With regard to MacGregor's mental state, the FTC provided

10 evidence showing the high volume of consumer complaints, the high

11 refund and return rates, and the number of investigations by state

12 Attorneys General and the Better Business Bureau. The FTC's evidence

13 is undisputed and sufficient to show that MacGregor likely knew of

14 material misrepresentations made by the Companies to consumers, or

15 was at least recklessly indifferent to the truth." *Id*. 23.    The Permanent

16 Injunction remains in place.

17     24.    MacGregor is estopped from denying the foregoing findings of the Court

18 of Appeals.

19     25.    Because Blue Moon is the alter ego of MacGregor, Blue Moon is

20 estopped from denying the foregoing findings of the Court of Appeals.

21     26.    Dupree was integrally involved in all of the above, as the court found.

22

23 _____

24 **Page 50**

25 **ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,**

26 **PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.**

27 **MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

28

**Case Number 2:13-cv-2238-JAD-GWF**

**Infomercial Business Models**

27. An infomercial, also known as direct response television or DRTV, is neither a novel nor a proprietary concept, although the statistics about them are not so readily available to the general public. Infomercials have been in existence since the at least the 1960s when Ronco advertised the Veg-O-Matic and Chop-O-Matic via infomercials. Once cable television became ubiquitous in the mid-1980s, QVC (an acronym for "Quality, Value, Convenience") created a channel dedicated to almost exclusively broadcasting infomercials. In more recent years, with cable and satellite television offering hundreds of channels, the population of infomercials is overwhelming. Moreover, anyone who simply views an infomercial and calls the phone number easily can learn the business methods involved. For further detail, anyone interested can look at *Amazon.com*, which offers an array of books detailing the infomercial business.[5]

---

[5] *See, e.g.* some of the books offered here:

*http://www.amazon.com/s/ref=nb_sb_noss_1/179-6387559-3316740?url=search-alias%3Dstripbooks&field-keywords=infomercials&sprefix=infomer%2Cstripbooks&rh=i%3Astripbooks%2Ck%3Ainfomercials*

Examples include:

T. Hawthorne, THE COMPLETE GUIDE TO INFOMERCIAL MARKETING (Hawthorne Direct, Inc. 1997),

*http://www.hawthornedirect.com/infomercial_guide/*

---

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

28.     The species of infomercial involved here begins with a half-hour television production associated with a call center, either owned by the infomercial producer or privately operated and contracted by the producer.  It begins with a product, usually one subject to "up-selling" – which is the process of persuading a caller seeking one product to purchase a more expensive and more profitable one.  Anyone calling the telephone number advertised on the infomercial will promptly learn that fact.  The infomercial producer obviously either sells the product itself or earns commission from the entity providing the product.

29.     Infomercials necessarily require a vehicle for the purchase of the advertised product by the viewing consumer.  While an infomercial, at least in theory, could simply announce that the advertised product is available at a given list of chain stores (*e.g.*, Sears, Walgreens, Target, Costco, etc.) or a Web site, the infomercial business model typically utilizes call centers to facilitating "up-selling".  Call center

---

D. Cummings, THE INFOMERCIAL & DRTV HANDBOOK: A STEP BY STEP GUIDE TO UNDERSTANDING DIRECT RESPONSE TV CREATESPACE (Independent Publishing Platform 2010),

*http://www.abebooks.com/9781453827390/Infomercial-DRTV-Handbook-Step-Guide-1453827390/plp*

J. Sugarman, TELEVISION SECRETS FOR MARKETING SUCCESS: HOW TO SELL YOUR PRODUCT ON INFOMERCIALS, HOME SHOPPING CHANNELS & SPOT TV COMMERCIALS FROM THE ENTREPRENEUR WHO GAVE YOU BLUBLOCKER® SUNGLASSE (DelStar Books 1998):

*http://www.amazon.com/Television-Secrets-Marketing-Success-Infomercials/dp/1891686097/ref=sr_1_11?s=books&ie=UTF8&qid=1388994173&sr=1-11&keywords=infomercials#reader_B009R4SLQ0*

---

**Page 52**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

1   employees who respond to the telephone calls are carefully trained with scripts, as
2   was the case with the *FTC* case described above, to up-sell callers.

3       30.    Almost every infomercial necessarily is within the scope of the FTC
4   Injunction because the functionality of an infomercial is to induce viewers to place
5   a telephone call to the advertised number with the objective of purchasing a product.

6

7   **Counterdefendants' Fraudulent Infomercial Activities – The Fraud**
8   **Against Matthews and Travel Shopping Network, LLC**

9       31.    In the activities that culminated in the FTC Injunction, MacGregor
10  utilized DuPree as a functionary.  However, DuPree was neither a defendant in the
11  case nor named in the injunction.  However, DuPree was integrally involved in the
12  activities that gave rise to the FTC Injunction as the court found on summary
13  judgment.

14      32.    Counterclaimant Scott R. Matthews is an entrepreneur who has particular
15  expertise in marketing and with close connections with important members of the
16  travel industries.

17      33.    In  early  2013  MacGregor  proposed  an  arrangement  with
18  Counterclaimant Matthews whereby MacGregor would produce a television
19  infomercial; and then he and Counterclaimant Matthews would monetize the
20  infomercial with telemarketing and capitalizing on his good relationship with the
21  travel industry.  MacGregror created the Counterdefendant entity, Blue Moon

22

23

24  **Page 53**

25  ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
    NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,
26  PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
    CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.
27  MATTHEWS  AND  TRAVEL  SHOPPING  NETWORK,  LLC  AGAINST
    COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,
28  DARYL DUPREE AND DOES 1-10

    **Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

Marketing, LLC. Out of concern for being accused of violating the FTC Injunction, MacGregor struck an arrangement with DuPree. DuPree was little more than what is known as a "nominee" – which often, as in this case, is a person named as the figurehead in an entity to disguise its true owner because the true owner – here, MacGregror – wishes to shield him- or her- self from law enforcement authorities, taxing authorities and/or creditors.

34. The infomercial that MacGregor created, with substantial input from Counterclaimant Matthews, like most infomercials, invites the viewer to call a toll-free number, where the representative will attempt to sell the advertised product and, often, sell a more costly product in place of it (called "up-selling").

35. Because the FTC Injunction could have applied to Counterclaimant Matthews if he knowingly worked in concert with MacGregor in violation of the FTC Injunction, Counterclaimant Matthews and his company, Travel Shopping Network, LLC had no choice but to sever all ties with MacGregor and Blue Moon.

36. MacGregor attempted to take over Travel Shopping Network, LLC, by inducing DuPree to perpetrate a hoax on the Office of the Nevada Secretary of State. Specifically, at MacGregor's instance, DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently added DuPree as a Member of Travel Shopping Network, LLC. Having achieved that, DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently created a Nevada Corporation, Travel Shopping Network (without any suffix such as "Inc.,"

---

**Page 54**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

"Corp.," "Ltd." etc.), the incorporation of which was only allowed because a document was submitted at the instance of DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently approved the name based upon DuPree's fraudulent status as a member of Travel Shopping Network, LLC; without that consent, the Office of the Nevada Secretary of State would not have approved the incorporation of MacGregor's corporation, Travel Shopping Network, because it had a name that was confusingly similar to Travel Shopping Network, LLC. That hoax was designed to fraudulently take over Travel Shopping Network, LLC.

37.    Having done all of that and failing to fraudulently take control of Travel Shopping Network, LLC, MacGregor and his *alter ego*, Blue Moon and DuPree, embarked upon a course of action to tortuously interfere with the good relationships that Counterclaimant Matthews had with the travel industry, particularly, Carnival Cruise Lines and others, with an intent to destroy any potential profitability of Counterclaimant Matthews and his valuable connections with the travel industry.

**Specific Fraud Allegations**

38.    The fraudulent acts found by the court in the case resulting in the FTC injunction are incorporated by reference as if fully set forth here.

39.    DuPree, on or about August 5, 2013, filed an Amended Annual List with the Nevada Secretary of State, which List represented that it was being filed by Scott

---

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

Matthews when in truth and in fact it was filed without the knowledge or consent of Scott Matthews by DuPree of at the instance of DuPree. The document represented that DuPee had been added as a member of Travel Shopping Network, LLC when in truth and in fact he had not been.

40. DuPree, on or about August 20, 2013, filed a Consent with the Nevada Secretary of state, which consent purported to represent the consent of Travel Shopping Network, LLC filed by DuPree, as a member or manager of that limited liability company, to the use of the name "Travel Shopping Network" as the name of a new corporation when in truth and in fact Travel Shopping Network, LLC gave no such consent and in truth and in fact DuPree was not a member or manager of that limited liability company.

41. The foregoing lies to the Office of the Nevada Secretary of State injured Scott Matthews by creating an entity with a confusingly similar name to Travel Shopping Network, LLC, owned by Matthews.

42. In or about February of 2013, MacGregor represented to Matthews that, once MacGregor produced an infomercial for Travel Shopping Network, LLC to distribute, MacGregor would not become involved in the marketing aspect. MacGregor did not disclosed the existence of the FTC Injunction, a material omission.

43. In or about April of 2013, Matthews learned about the FTC Injunction. When he confronted MacGregor about it, MacGregor claimed that he would not

---

**Page 56**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

become involved in the marketing aspect of the infomercial and therefore would not violate the FTC Injunction when in truth and in fact MacGregor knew that merely producing the infomercial violated the FTC Injunction and in truth and in fact MacGregor fully inteneded to become deeply involved in the telemarketing aspect but to do surreptitiously.

**Counterdefendants' Fraudulent Infomercial Activities – The Fraud Against the Distributors, Exhibitors and Viewers of Blue Moon's Infomercial**

44.    Beginning some time in 2013, MacGregor embarked upon his own infomercial business, creating an infomercial of his own using his *alter ego*, Blue Moon (the "Blue Moon Infomercial").

45.    The Blue Moon Infomercial purported to have available a $149.00 cruise on Carnival Cruise Lines ("Carnival"), Carnival being among the world's leading cruise lines; however, in truth and in fact Carnival Cruise lines did not authorize any such promotion.    Moreover, in airing The Blue Moon Infomercial the Named Counterdefendants never intended to to sell any package associated with Carnival. Rather, a caller asking for the $149.00 Carnival package would be pressured by the telephone operator answering the call to purchase a more expensive package with another cruise line; and no matter how persistent the caller, the caller could not purchase Carnival package; and no caller ever has succeeded in doing so.

---

**Page 57**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

46. The Blue Moon Infomercial has been aired regularly and continues, several times a week at least, on DirecTV, over the objection of Carnival.

47. In fact, Carnival has no such $149 cruise package and the Named Counterdefendants never intended to sell one and never have sold one. Instead, the intent of the Named Counterdefendants is and always to up-sell to a considerably more expensive travel package or, failing that, continue to attempt such an up-sell until the caller becomes frustrated and hangs up. This is known as "bait and switch" advertising.

48. Counterclaimant Travel Shopping Network, LLC is also in the business of producing infomercials promoting travel. Important to that business is the good relationship that Counterclaimant Scott Matthews enjoys with Carnival Cruise Lines. It was that good relationship that motivated MacGregor to attempt to do business with Matthews at the outset, an arrangement that Matthews rejected after learning of the FTC Injunction.

## FIRST CLAIM FOR RELIEF

### Violations of Racketeer Influenced and Corrupt Organizations Act

### (18 U.S.C. § 1961, *et seq.*)

### (Against All Named Counterdefendants)

49. Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

---

**Page 58**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

50.     Counterdefendants, while associated with an enterprise, engaged in, or the activities of which affected, interstate or foreign commerce, conducted and participated, directly and indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity, as those terms are defined and understood in connection with 18 U.S.C. § 1962, by reason of which Counterclaimants were injured, as those terms are defined and understood in connection with 18 U.S.C. § 1964(c), and conspired, as those terms are defined and understood in connection with 18 U.S.C. § 1964(d) namely:

**The Enterprise**

51.     The association of MacGregor, DuPree, along with various entities including Level-12, Inc., a Guyana corporation, Membership Services Direct, Inc., a now-defunct Nevada Corporation, which was involved in the activities leading to and was a subject of the FTC Injunction, and Counterdefendant Blue Moon Marketing, LLC. and other entities created by MacGregor constitute an Enterprise pursuant to 18 U.S.C. § 1961(4), being an "individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity."

52.     The association in part existed by virtue of MacGregor installing DuPree as the managing member of Counterdefendant Blue Moon Marketing, LLC before it was transfered to MacGregor's offshore company, Level-12, Inc.

---

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

1        53.    All of the components of the enterprise had in common the association

2   with MacGregor.

3

4        **The Racketeering Activity and Predicate Acts**

5        54.    The racketeering activity consisted of violations of 18 U.S.C. § 1341

6   and § 1343 (relating to wire fraud), which are included in the definition of

7   "racketeering activity" found at 18 U.S.C. § 1961(1).

8        55.    The Named Counterdefendants beginning as early as 2009 or before

9   devised a scheme or artifice to defraud and for obtaining money or property by means

10  of false or fraudulent pretenses, representations, or promises as those terms are defined

11  and understood in connection with 19 U.S.C. §§ 1341 and 1343 (the "scheme and

12  artifice") involving infomercials.  The infomercials involved television marketing of

13  products and services that were never intended to be sold; rather, a viewer of such an

14  infomercial would be directed in the infomercial to call a telephone number in order

15  to purchase the product or service.  The calls were to be answered by representatives

16  at a call center who would be given scripts, attempting to sell a product or service

17  more expensive and more profitable than the one that was advertised, which product

18  or service never would be sold.  By virtue of that scheme and artifice, the Named

19  Counterdefendants would garner money and property.

20       56.    In furtherance of of the aforesaid scheme and artifice, the Named

21  Counterdefendants committed predicate acts, namely,

22

23

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,
PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.
MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST
COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,
DARYL DUPREE AND DOES 1-10

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

a.      placed in any post office or authorized depository for mail matter, any matter and thing whatever to be sent or delivered by the Postal Service and deposited or caused to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, and took or received therefrom, any such matter or thing and knowingly caused to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, as those terms are defined and understood in connection with 18 U.S.C. § 1341; and

b.      Transmitted and caused to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, writings, signs, signals, pictures, or sounds for the purpose of executing such scheme and artifice, as those terms are defined and understood in connection with 18 U.S.C. § 1343.

c.      Included in the above were at least hundreds of telephone calls solicited by the infomercials, as described above.

**The Pattern**

57.    The aforesaid predict acts were:

a.      Related, as they all were associated with or responding to one of the Named Counterdefendants infomercials;

---

**Page 61**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

b. Possessed continuity in that the infomercials (and, thus, the responding telephone calls) were and are aired on a regular basis; and

c. Pose a threat of continued criminal activity.

*Ticor Title Ins. Co. v. Florida*, 937 F.2d 447, 450 (9th Cir.1991)

58. Most if not all of the predicate acts occurred within the ten-year period preceding the filing of this Counterclaim.

59. Accordingly, the predicate acts constituted a pattern of racketeering activity, as that term is defined and understood in connection with 18 U.S.C. § 1961(5).

**Standing and Injury**

60. Counterclaimants are currently business competitors as they are in the infomercial business, as well, and therefore have standing. *See Ideal Steel Supply Corp. v. Anza*, 373 F.3d 251 (2d Cir. 2004).

61. Counterclaimants' were injured, which injuries were caused by the commission of one or more of the predicate acts in that the predicate acts diverted customers from Counterclaimants and tarnished the reputation of the travel infomercial industry.

/

/

/

---

**Page 62**

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

## SECOND CLAIM FOR RELIEF

## Violation of Nevada Deceptive Trade Practices Act

## (NEV. REV. STAT. Ch. 598)

## (Against All Counterdefendants)

62. Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

63. Named Counterdefendants' infomercials, as described herein constitute "Advertis[ing] goods or services with intent not to sell or lease them as advertised" and "knowingly mak[ing] any other false representation in a transaction" "in the course of their business or occupation," as those phrases are defined and understood in connection with Nevada Revised Statutes § 598.0915(9, 15) and therefore is a "deceptive trade practice" under the Nevada Deceptive Trade Practices Act.

64. The foregoing acts were with "intent to injure competitors and to destroy or substantially lessen competition," as that phrase is defined and understood in connection with Nevada Revised Statutes § 598.0953(1).

65. Counterclaimants are entitled bring a private action for relief because of the above violations. *Picardi v. Eighth Judicial Dist. Court of State, ex rel. County of Clark,* 127 Nev. Adv. Op. 9, 251 P.3d 723 (2011).

66. Counterclaimants have been damaged and will continue to be damaged by the deceptive trade practices described above.

---

**Page 63**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

# THIRD CLAIM FOR RELIEF

## Declaratory Judgment

## (28 U.S.C. § 2201, *et seq.*)

## (Against All Counterdefendants)

67.     Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

68.     Counterclaimant Scott Matthews never had a contractual relationship with any of the Named Counterdefendants, although one was once contemplated. Counterdefendants claim otherwise, including in the Complaint to which this is part of the responsive pleading.

69.     Named Counterdefendants infomercials constitute deceptive trade practices, as alleged above.  Counterdefendants claim otherwise.

70.     Named Counterdefendants claim some legal or equitable interest in Travel Shopping Network, LLC. Counterdefendants claim otherwise.

71.     Therefore, a dispute exists between Counterclaimants, on the one hand, and, on the other hand, Counterdefendants sufficient to invoke the Declaratory Judgment Act, 28 U.S.C. §§ 2201, *et seq*.

# GENERAL ALLEGATIONS

ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

72. In committing the activities alleged herein, the Counterdefendants have been "guilty of oppression, fraud or malice, express or implied," as those terms are defined and understood in connection with Nevada Revised Statutes § 42.005.

73. If a preliminary injunction against the Counterdefendants' activities described above is not issued, Counterclaimants are likely to suffer irreparable harm; moreover, the balance of equities tips in Counterclaimants' favor; and a preliminary injunction is in the public's interest. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20, 22, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008).

## PRAYER FOR RELIEF

WHEREFORE, based upon the foregoing, the court should grant the following relief:

A. A declaratory judgment, (1) declaring that Scott Matthews never had a contractual relationship with any of the Counterdefendants, (2) declaring that Counterdefendants' infomercial constitutes a deceptive trade practice; (3) that none of the counterdefendants have an interest in Travel Shopping Network, LLC and (4) an order, pursuant to 28 U.S.C. § 2202, that the Counterdefendants show cause why further relief should not be granted.

B. A preliminary injunction against the Racketeering Activity and the Deceptive Trade Practices alleged herein.

C. Damages in excess of the jurisdictional minimum of this court.

---

**Page 65**

**ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

C:\Blue Moon v. Matthews\14-001 - p - Original Answer and Counterclaim.wpd

1    D.    Treble damages pursuant to 19 U.S.C. § 1964(c).

2    E.    Costs and reasonable attorneys fees.

3    F.    Punitive damages pursuant to NEV. REV. STAT. 42.005.

4    G.    Any other relief that the court deems appropriate and is supported by the

5    proof.

6    H.    Costs and reasonable attorneys fees

7

8    Dated: January 7, 2014.                    Respectfully Submitted,

9                                               CLYDE DeWITT
                                                LAW OFFICES OF CLYDE DeWITT, APC
10

11                                             By: */s/ Clyde DeWitt*
12                                                 Clyde DeWitt

13                                             Counsel for Counterclaimants Scott R.
                                               Matthews and Travel Shopping Network,
14                                             LLC

15

16

17

18

19

20

21

22

23

---

24                          **Page 66**

25    **ORIGINAL ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION
      NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER,
26    PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND
      CALL SERVICES INTERNATIONAL LLC; AND COUNTERCLAIM OF SCOTT R.
27    MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST
      COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR,
28    DARYL DUPREE AND DOES 1-10**

                                        **Case Number 2:13-cv-2238-JAD-GWF**