1 | MATTHEW W. TREU, ESQ.
Nevada Bar No. 10781
2 | **LAW OFFICE OF MATTHEW W. TREU, P.C.**
7201 W. Lake Mead Blvd., Suite 108
Las Vegas, Nevada 89128
3 | Tel: (702) 838-4580
Fax: (702) 552-6005

4 | *Attorney for Plaintiff*

5 | **UNITED STATES DISTRICT COURT**

6 | **DISTRICT OF NEVADA**

| | |
|---|---|
| BLUE MOON MARKETING, LLC, a Nevada limited-liability company, | Case No.: 2:13-cv-02238 |
| Plaintiff, | |
| v. | **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |
| SCOTT R. MATTHEWS, an individual; TRAVEL EXCURSION NETWORK, LLC, a Florida limited-liability company; 4 STAR HOLDINGS LLC, a Florida limited-liability company; ALLAN R. LEFFLER, an individual; TRACY L. LEFFLER, an individual, PRESTIGE TRAVEL SYSTEMS, INC., a Florida corporation; RON LASCALA, an individual; SUMMER BAY RESORTS CROWN CLUB, LLC, a Florida limited-liability company; PHILLIP BREWER, an individual; WESTGATE RESORTS, LTD., a Florida limited partnership; WESTGATE RESORTS, L.L.C., a Florida limited-liability company; WESTGATE RESORTS, INC., a Florida corporation; RW ADVERTISING, INC., an Illinois corporation; REVENUE FRONTIER, LLC, a California foreign limited-liability company; CALL SERVICES INTERNATIONAL LLC, a Florida limited-liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

*Page 1 of 3*

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Blue Moon Marketing, LLC certifies that there are no known interested parties other than those participating in the case.

Pursuant to the Federal Rules of Civil Procedure, Rule 7.1, Plaintiff certifies that Level-12 Inc. is the parent company of Plaintiff Blue Moon Marketing, LLC.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Respectfully submitted this 15th day of January, 2014.

                    LAW OFFICE OF MATTEW W. TREU, P.C.

By  /s/ Matthew W. Treu
      MATTHEW W. TREU
      Nevada Bar No. 10781
      7201 W. Lake Mead Boulevard, Suite 108
      Las Vegas, Nevada 89128

LAW OFFICE OF
MATTHEW W. TREU, P.C.
7201 W. LAKE MEAD ST., SUITE 108
(702) 838-4580 FAX: (702) 552-6005

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of the Law Office of Matthew W. Treu, P.C. and that on this 15th day of January, 2014, I caused a correct copy of the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** to be served via CM/ECF to:

Clyde DeWitt, Esq.
Law Offices of Clyde DeWitt
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102

*Attorney for Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC and counterclaimants Scott R. Matthews and Travel Shopping Network, LLC.*

_____
An employee of the Law Office of Matthew W. Treu, P.C.