JAMES E. SMYTH II
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: (702) 792-7000
Fax:         (702) 796-7181
jsmyth@kcnvlaw.com
lzastrow@kcnvlaw.com
*Attorneys for Westgate Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE MOON MARKETING, LLC, a Nevada limited-liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>SCOTT R. MATTHEWS, an individual; TRAVEL EXCURSION NETWORK, LLC, a Florida limited-liability company; 4 STAR HOLDINGS LLC, a Florida limited liability company, ALLAN R. LEFFLER, an individual; TRACEY L. LEFFLER, an individual, PRESTIGE TRAVEL SYSTEMS, INC., a Florida corporation; RON LASCALA, an individual; SUMMER BAY RESORTS CROWN CLUB, LLC, a Florida limited-liability company; PHILLIP BREWER, an individual; WESTGATE RESORTS, LTD., a Florida limited partnership; WESTGATE RESORTS, LLC, a Florida limited-liability company; WESTGATE RESORTS, INC., Florida corporation; RW ADVERTISING, INC., an Illinois corporation; REVENUE FRONTIER, LLC, a California foreign limited-liability company; CALL SERVICES INTERNATIONAL LLC, Florida limited-liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:13-cv-02238<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Page 1 of 5

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and this Court's Local Rules 6-1 and 6-2, Defendants WESTGATE RESORTS, LTD., WESTGATE RESORTS, LLC, and WESTGATE RESORTS, INC. ("Defendants"), hereby files its unopposed motion (the "Motion") for a second extension of time of seven (7) days, up to and including January 29, 2014, to file a response to Plaintiff's Verified Complaint [DE1] and states that:

1. Local Rule 6-1(a) requires that "[e]very motion requesting a continuance, extension of time, or order shortening time shall be 'Filed' by the Clerk and processed as an expedited matter. *Ex parte* motion and stipulations shall be governed by LR 6-2."

2. Local Rule 6-2(a) requires the following:

> "Any stipulations, *ex parte* or unopposed motions requesting a continuance, extension of time, and any other stipulation requiring an order shall not initially be "Filed" by the Clerk, but shall be marked "Received." Every such stipulation, or *ex parte* or unopposed motion shall include an "Order" in the form of a signature block on which the Court or Clerk can endorse approval of the relief sought. This signature block shall not be on a separate page, but shall appear approximately one inch (1") below the last typewritten matter on the right-hand side of the last page of the stipulation or *ex parte* or unopposed motion…"

As seen below, the instant unopposed Motion conforms with LR 6-2(a).

3. Local Rule 6-1(b) requires that "[e]very motion or stipulation to extend time shall inform the Court of any previous extensions granted and state the reasons for the extension requested."

4. This is Defendants' second request for an extension of time to respond to the Complaint.

1       5.    Via telephone call on January 17, 2014, Plaintiff's counsel offered Defendants a one week (7 day) extension of time of time to respond to the complaint to continue discussion regarding the possible dismissal of Westgate. The conversion was memorialized via e-mail, attached as Exhibit "A" and dated January 17, 2014, which also memorialized Plaintiff's agreement that the motion should be made as unopposed.

      6.    As stated in the e-mail attached as Exhibit "A," Defendants request the extension to continue discussions with Plaintiff's counsel regarding the possible dismissal of the Defendants without additional court intervention. Defendants also request the extension to continue its investigation regarding the allegations made by Plaintiff.

      7.    Defendants were served with the Complaint on December 18, 2013. Pursuant to Fed. R. Civ. P. 12, Defendants time to respond to the Complaint therefore originally expired on January 8, 2014. Pursuant to this Court's January 8, 2014 Order (DE 11), Defendants time to respond to the Complaint was thereafter extended to January 22, 2014. Because Defendants' time to respond to the Complaint has not yet expired, the instant Motion is timely made.

      8.    Fed. R. Civ. P. 6(b) allows the Court discretion to enlarge time periods and Local Rules 6-1 and 6-2 provide this Court's rules governing extensions of time.

      9.    This Motion is made in good faith and not for the purposes of delay and will not prejudice any party.

////

////

////

////

////

////

1     WHEREFORE, WESTGATE RESORTS, LTD., WESTGATE RESPORTS, LLC, and WESTGATE RESORTS, INC., respectfully request that the Court enlarge the time to file a response to Plaintiff's Complaint so that WESTGATE RESORTS, LTD., WESTGATE RESORTS, LLC, and WESTGATE RESORTS, INC., shall have seven (7) additional days to file a response to Plaintiff's Verified Complaint, making the response due on January 29, 2014

Dated: January 21, 2014

Respectfully Submitted,

By: /s/James E. Smyth II

JAMES E. SMYTH II,
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:   (702) 792-7000
Fax:   (702) 796-7181
jsmyth@kcnvlaw.com
lzastrow@kcnvlaw.com
*Attorneys for Westgate Defendants*

**IT IS SO ORDERED.**

Dated: January 23, 2014

By: /s/ George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that the following **DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** was filed with the clerk of the court by using the CM/ECF system on this 22nd day of January, 2014. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

## SERVICE LIST

**Matthew W. Treu**
Law Office of Matthew W. Treu, P.C.
7201 W. Lake Mead Blvd.
Suite 108
Las Vegas, NV 89128
702-838-4580
Fax: 702-552-6002
Email: matthew@treu-law.com
***Attorney for Plaintiff***

_____
An employee of Kaempfer Crowell

# EXHIBIT A

## Scott Wellikoff

| | |
|---|---|
| **From:** | Scott Wellikoff |
| **Sent:** | Friday, January 17, 2014 5:03 PM |
| **To:** | Scott Wellikoff; 'Matthew Treu' |
| **Cc:** | Jeffrey Backman; Richard Epstein; Michael Marder |
| **Subject:** | RE: (00108.2471)   Blue Moon Marketing LLC v Matthews,Westgate et al [IWOV-ACTIVE.FID8539569] |

Matthew,

As we continue to discuss the possible dismissal of Westgate, please allow this correspondence to confirm our conversation where you offered to provide an additional 1 week extension of time for Westgate to respond to the complaint. This extension makes Westgate's response due on or before 1/29/14 and the motion for an extension will advise the court that it is unopposed.

I look forward to keeping the lines of communication open and concluding this matter as it relates to Westgate early next week.

Have a good weekend.

Scott

**GreenspoonMarder** LAW

Scott M. Wellikoff, Esq.
200 East Broward Boulevard
Suite 1500
Fort Lauderdale, FL 33301
Toll Free - (888)491-1120
Direct Fax - (954)333-4007
Direct Dial - (954)333-4302
Email:  scott.wellikoff@gmlaw.com
http://www.gmlaw.com

**From:** Scott Wellikoff
**Sent:** Wednesday, January 15, 2014 5:33 PM
**To:** 'Matthew Treu'
**Cc:** Jeffrey Backman; Richard Epstein; Michael Marder
**Subject:** RE: (00108.2471) Blue Moon Marketing LLC v Matthews,Westgate et al [IWOV-ACTIVE.FID8539569]

1