ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 7637
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rcaldwell@klnevada.com
jblum@klnevada.com

*Attorneys for Defendants, Philip Brewer erroneously named as Phillip Brewer, and Summer Bay Resorts Crown Club, LLC*

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BLUE MOON MARKETING, LLC,

Plaintiff,

vs.

SCOTT MATTHEWS, an individual; TRAVEL EXCURSION NETWORK, LLC, a Florida limited-liability company; 4 STAR HOLDINGS, LLC, a Florida Limited Liability Company; ALLAN R. LEFFLER, an individual; TRACY L. LEFFLER, an individual; PRESTIGE TRAVEL SYSTEMS, INC., a Florida corporation; RON LASCALA, an individual; SUMMER BAY RESORTS CROWN CLUB, LLC, a Florida limited liability company; PHILLIP BREWER, an individual; WESTGATE RESORTS, LTD., a Florida limited partnership; WESTGATE RESORTS, L.L.C., a Florida limited-liability company; WESTGATE RESORTS, INC., a Florida corporation; RW ADVERTISING, INC., an Illinois corporation; REVENUE FRONTIER, LLC, a California foreign limited-liability company; CALL SERVICES INTERNATIONAL, LLC, a Florida Limited Liability Company; and DOES 1-10, inclusive,

Defendants.

CASE NO. 2:13-cv-2238-JAD-GWF

**ANSWER TO COMPLAINT**

## ANSWER TO COMPLAINT

Defendants, PHILIP BREWER, erroneously named as PHILLIP BREWER, AND SUMMER BAY RESORTS CROWN CLUB, LLC (collectively "SBR Defendants"), in response to Plaintiff's Complaint [Doc. 1], hereby submit their Answer and allege as follows:

**NATURE OF ACTION**

1. Paragraph 1 of the Complaint is not an allegation of fact that can be affirmed or denied. To the extend paragraph 1 can be affirmed or denied, SBR Defendants deny such allegations.

**PARTIES**

2. In answering Paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, and 18 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in such paragraph pertaining to Plaintiff and its purported actions, and therefore deny said allegations.

3. SBR Defendants admit the allegations of Paragraph 10.

4. In answering Paragraphs 11, SBR Defendants admit the allegations in the first two sentences, but deny all remaining allegations contained therein.

**JURISDICTION AND VENUE**

5. In answering Paragraphs 19, 20, 21 and 22 of the Complaint, SBR Defendants deny all allegations contained therein.

**BACKGROUND FACTS**

6. In answering Paragraphs 24 through 45 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in these paragraphs pertaining to Plaintiff or others and their purported actions, and therefore deny said allegations.

7. In answering Paragraphs 46 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations set forth in the first, second, and sixth sentences pertaining to Plaintiff or others and their purported actions, and therefore deny said allegations. SBR Defendants deny the allegations set forth in the third,

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

fourth and fifth lines of Paragraph 46.

8. In answering Paragraphs 47 through 52 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in these paragraphs pertaining to Plaintiff or others and their purported actions, and therefore deny said allegations

9. In answering Paragraphs 53 of the Complaint, SBR Defendants deny all allegations contained therein.

10. In answering Paragraphs 54 through 60 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in these paragraphs pertaining to Plaintiff or others and their purported actions, and therefore deny said allegations.

11. In answering Paragraphs 61 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations set forth in the first sentence pertaining to Plaintiff or others and their purported actions, and therefore deny said allegations. SBR Defendants deny all remaining allegations contained therein.

12. SBR Defendants deny the allegations set forth in Paragraph 62 of the Complaint.

13. In answering Paragraphs 63 through 66 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in these paragraphs pertaining to Plaintiff or others and their purported actions, and therefore deny said allegations. SBR Defendants deny all remaining allegations contained therein.

**FIRST CLAIM FOR RELIEF**
**DIRECT COPYRIGHT INFRINGEMENT**

14. In answering Paragraph 67 of the Complaint, SBR Defendants specifically incorporate herein as if set forth in full their responses to the preceding paragraphs of the Complaint.

15. In answering Paragraphs 68 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in this paragraph pertaining to Plaintiff and its purported actions, and therefore deny said allegations.

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

16. SBR Defendants deny the allegations set forth in Paragraphs 69 through 76 of the Complaint.

**SECOND CLAIM FOR RELIEF**
**CONTRIBUTORY COPYRIGHT INFRINGEMENT**

17. In answering Paragraph 77 of the Complaint, SBR Defendants specifically incorporate herein as if set forth in full their responses to the preceding paragraphs of the Complaint.

18. SBR Defendants deny the allegations set forth in Paragraphs 78 through 82 of the Complaint.

**THIRD CLAIM FOR RELIEF**
**VICARIOUS COPYRIGHT INFRINGEMENT**

19. In answering Paragraph 83 of the Complaint, SBR Defendants specifically incorporate herein as if set forth in full their responses to the preceding paragraphs of the Complaint.

20. SBR Defendants deny the allegations set forth in Paragraphs 84 through 89 of the Complaint.

**FOURTH CLAIM FOR RELIEF**
**TRADEMARK INFRINGEMENT, VICARIOUS LIABILITY AND CONTRIBUTORY INFRINGEMENT**

21. In answering Paragraph 90 of the Complaint, SBR Defendants specifically incorporate herein as if set forth in full their responses to the preceding paragraphs of the Complaint.

22. SBR Defendants deny the allegations set forth in Paragraphs 91 through 105 of the Complaint.

**FIFTH CLAIM FOR RELIEF**
**MISAPPROPRIATION OF TRADE SECRETS UNDER NRS 600A.101 ET SEQ.**

23. In answering Paragraph 106 of the Complaint, SBR Defendants specifically incorporate herein as if set forth in full their responses to the preceding paragraphs of the Complaint.

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

24. In answering Paragraphs 107 and 108 of the Complaint, SBR Defendants lack knowledge or information sufficient to form a belief as to the truth or veracity of the allegations in these paragraphs pertaining to Plaintiff and its purported actions, and therefore deny said allegations. SBR Defendants deny all remaining allegations contained therein.

25. SBR Defendants deny the allegations set forth in Paragraphs 109 through 118 of the Complaint.

**SIXTH CLAIM FOR RELIEF**
**VIOLATION OF NEVADA DECEPTIVE TRADE PRACTICES ACT**

26. In answering Paragraph 119 of the Complaint, SBR Defendants specifically incorporate herein as if set forth in full their responses to the preceding paragraphs of the Complaint.

27. SBR Defendants deny the allegations set forth in Paragraphs 120 through 122 of the Complaint.

**AFFIRMATIVE DEFENSES**

SBR Defendants assert the following affirmative defenses to the Complaint, and the claims asserted therein, and SBR Defendants specifically incorporate into their Affirmative Defenses as if fully set forth herein their responses to the preceding paragraphs of the Answer herein.

1. Plaintiff fails to set forth facts sufficient to state a claim upon which relief may be granted against SBR Defendants and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or any other relief whatsoever from SBR Defendants.

2. Plaintiff's claims are barred due to Plaintiff's unclean hands.

3. Plaintiff's claims are barred in whole or in part by the doctrines of waiver and laches.

4. Plaintiff is estopped by action of law or by conduct from maintaining the actions filed in this case.

5. As to each purported cause of action filed in this case, Plaintiff is barred from any recovery against SBR Defendants by reason of its own actions and conduct that constituted a

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

ratification of the alleged actions and conduct of SBR Defendants.

6. Plaintiff's claims are barred because Plaintiff arbitrarily altered the course of dealing between the parties.

7. Plaintiff does not have capacity to sue or bring this action and this action is therefore barred.

8. Plaintiff is not the real party in interest and/or duly authorized agent of same upon which Plaintiff's alleged claim is based, and therefore has no standing to bring this action.

9. Plaintiff consented to or granted a license to SBR Defendants to engage in the acts complained of in the Complaint, and that said consent was express and/or implied.

10. Plaintiff's claims are barred by its own fraud or the fraudulent conduct of its agents.

11. Plaintiff's claims are barred or its damages limited by Plaintiff's own failure to mitigate its damages.

12. Plaintiff's claims against SBR Defendants are barred as a result of the intervening actions of others, over whom these answering SBR Defendants had no control or authority.

13. Plaintiff's claims are barred by its own failure to act in good faith and deal fairly with SBR Defendants.

14. The copyright application allegedly filed by Plaintiff is invalid for failure to comply with the requirements for copyrightable subject matter set forth in 17 U.S.C. § 102.

15. SBR Defendants' alleged use of Plaintiff's alleged copyrighted material is lawful use based on agreements between Plaintiff and/or its agents acting under actual or apparent authority of Plaintiff and SBR Defendants.

16. Plaintiff consented to SBR Defendants' use of Plaintiffs' alleged copyrighted material under agreements between Defendant Summer Bay Plaintiff and/or its agents acting under actual or apparent authority of Plaintiff.

17. Plaintiff's claim for copyright infringement is barred by the doctrine of copyright misuse, as Plaintiff's actions constitute a breach of its agreement with Defendant Summer Bay.

18. Plaintiff's claims for statutory damages and attorneys' fees under 17 U.S.C. § 504

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

are barred because Plaintiff did not obtain a copyright registration relevant to any claims within three months after the first publication of the allegedly infringing work as required by 17 U.S.C. § 412.

19. Plaintiff is not entitled to injunctive relief because any alleged injury to Plaintiff is not immediate or irreparable, and Plaintiffs have an adequate remedy at law.

20. Plaintiff's claim for unfair competition is barred based on the agreement between Plaintiff and Defendant Summer Bay.

21. Plaintiff's state law claims are pre-empted in whole or in part by federal law.

22. Plaintiff's copyright claims against SBR Defendants are barred because Plaintiff does not own a valid copyright, is not the author of the alleged copyright, and/or the subject matter of the copyright is not original or copyrightable.

23. SBR Defendants reserve all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure and any other defenses, at law or in equity, that may be available now or may become available in the future based on discovery or any other factual investigation in this case.

WHEREFORE, SBR Defendants pray as follows:

1. That Plaintiff takes nothing by virtue of the Complaint herein and that this action is dismissed in its entirety;

2. For attorneys' fees and costs of suit herein incurred; and

3. For such other and further relief as the Court may deem just and proper.

DATED this 29 day of January, 2014.

**KOLESAR & LEATHAM**

By ______________________________
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 7637
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

*Attorneys for Defendants, Philip Brewer erroneously named as Phillip Brewer, and Summer Bay Resorts Crown Club, LLC*

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham and that on the 29th day of January, 2014, I caused to be served a true and correct copy of foregoing **ANSWER TO COMPLAINT** in the following manner:

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

Matthew W. Treu, Esq.
Law Office of Matthew W. Treu, P.C.
7201 W. Lake Mead Boulevard
Suite 108
Las Vegas, Nevada 89128

*Attorneys for Plaintiff*

Clyde DeWitt, Esq.
Law Offices of Clyde DeWitt
2300 West Sahara Avenue
Suite 800
Las Vegas, Nevada 89102-4397

*Attorneys for Defendants*

James E. Smyth II, Esq.
Kaempfer, Crowell, Renshaw, Gronauer & Fiorentino
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

*Attorneys for Defendants*

An Employee of KOLESAR & LEATHAM

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472