Clyde DeWitt
Nevada State Bar No. 9791
California State Bar No. 117911
Texas State Bar No. 05670700
Law Offices of Clyde DeWitt,
    A Nevada Professional Corporation
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102-4397
(702) 386-1756; fax (702) 441-0308
*clydedewitt@earthlink.net*

Counsel for Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC and counterclaimants Scott R. Matthews and Travel Shopping Network, LLC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BLUE MOON MARKETING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LaSCALA, SUMMER BAY RESORTS CROWN CLUB, LLC, PHILLIP BREWER, WESTGATE RESORTS, LTD. WESTGATE RESORTS, L.L.C, WESTGATE RESORTS, INC., RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC, <br><br> Defendants. <br> ——————————————— <br> And Related Counterclaim | **Case Number:** <br><br> **2:13-cv-2238-JAD-GWF** <br><br> Hon. Jennifer A. Dorsey <br>     United States District Judge <br><br> Hon. George Foley, Jr <br>     United States Magistrate Judge <br><br> **FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC., AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC** |

1  COME NOW,

2  Scott R. Matthews

3  Travel Excursion Network, LLC

4  4 Star Holdings LLC

5  Allan R. Leffler

6  Tracy L. Leffler

7  Prestige Travel Systems, Inc.

8  Ron LaScala

9  RW Advertising, Inc. and

10  Call Services International LLC,

11  (the "Answering Defendants") and, prior to twenty-one (21) days having elapsed since

12  the filing of the Original Answer of the Answering Defendants, *see* FED. R. CIV. PROC.

13  15(a)(1)(A), that period having been extended by stipulation an additional fourteen

14  (14) days, file this, their First Amended Answer, answering the allegations in the

15  original Complaint, filed on or about December 6, 2013 in the above-captioned matter

16  (the "Complaint") by Plaintiff Blue Moon Marketing, LLC ("Blue Moon" or

17  "Plaintiff") and, based upon knowledge of their own actions and information and

18  belief as to the actions of others, denying any allegation not specifically admitted here,

19  allege:

20  /

21  /

22

23

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

## NATURE OF ACTION

1. Answering the allegations contained in Paragraph 1 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC neither admit nor deny the allegation because it is not an allegation contemplated by Rule 8 of the Federal Rules of Civil Procedure.

## PARTIES

2. Answering the allegations contained in Paragraph 2 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

3. Answering the allegations contained in Paragraph 3 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

4. Answering the allegations contained in Paragraph 4 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

5.     Answering the allegations contained in Paragraph 5 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

6.     Answering the allegations contained in Paragraph 6 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

7.     Answering the allegations contained in Paragraph 7 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

8.     Answering the allegations contained in Paragraph 8 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

9.     Answering the allegations contained in Paragraph 9 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

10.     Answering the allegations contained in Paragraph 10 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations; and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant, notwithstanding any admission.

11.     Answering the allegations contained in Paragraph 11 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant, notwithstanding any admission.

12.     Answering the allegations contained in Paragraph 12 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant, notwithstanding any admission.

13. Answering the allegations contained in Paragraph 13 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant, notwithstanding any admission.

14. Answering the allegations contained in Paragraph 14 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant, notwithstanding any admission.

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

15. Answering the allegations contained in Paragraph 15 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

16. Answering the allegations contained in Paragraph 16 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations and further and for the same reason DENY any of the allegations following in the Complaint that collectively allege acts of the "Defendants" to the extent that they allege acts of this defendant.

17. Answering the allegations contained in Paragraph 17 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT same.

18. Answering the allegations contained in Paragraph 18 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

allegations; moreover, for the same reason they DENY any of the factual allegations of the complaint concerning the activities of the "Defendants" with respect to the "Doe Defendants," notwithstanding any admission that may be made with respect to other defendants.

## JURISDICTION AND VENUE

19. Answering the allegations contained in Paragraph 19 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny the allegations of diversity because the identity, and therefore the citizenship, of the "Doe Defendants" is unknown and, accordingly, DENY those allegations as to the allegations concerning diversity; however, said defendants ADMIT that this court has federal-question jurisdiction based upon the allegations in the Complaint, without admitting any of those allegations.

20. Answering the allegations contained in Paragraph 20 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

21.     Answering the allegations contained in Paragraph 21 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

22.     Answering the allegations contained in Paragraph 22 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

23.     Answering the allegations contained in Paragraph 23 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

## BACKGROUND FACTS

24.     Answering the allegations contained in Paragraph 24 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same except to ADMIT that the infomercial industry is a large advertising medium using television programs to promote sales; that infomercials are used to promote a variety of products

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1   including those alleged; that not all infomercial campaigns succeed; but that some are
2   successful.

3       25.    Answering the allegations contained in Paragraph 25 of the Complaint,
4   Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings
5   LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,
6   RW Advertising, Inc. and Call Services International LLC are without sufficient
7   information and belief to admit or deny same and, accordingly, DENY those
8   allegations.

9       26.    Answering the allegations contained in Paragraph 26 of the Complaint,
10  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings
11  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,
12  RW Advertising, Inc. and Call Services International LLC are without sufficient
13  information and belief to admit or deny same and, accordingly, DENY those
14  allegations.

15      27.    Answering the allegations contained in Paragraph 27 of the Complaint,
16  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings
17  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,
18  RW Advertising, Inc. and Call Services International LLC DENY same.

19      28.    Answering the allegations contained in Paragraph 28 of the Complaint,
20  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings
21  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

---

**Page 10**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

29. Answering the allegations contained in Paragraph 29 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

30. Answering the allegations contained in Paragraph 30 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

31. Answering the allegations contained in Paragraph 31 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC ADMIT that Exhibit "1" (which was filed a week after the Complaint) is a copy of a copyright registration filed

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

with the copyright office but, otherwise, are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations

32. Answering the allegations contained in Paragraph 32 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

33. Answering the allegations contained in Paragraph 33 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

34. Answering the allegations contained in Paragraph 34 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

35. Answering the allegations contained in Paragraph 35 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC  DENY same.

36.     Answering the allegations contained in Paragraph 36 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same except to ADMIT that the alleged corporation was formed on or near the date alleged.

37.     Answering the allegations contained in Paragraph 37 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same except to ADMIT that the alleged limited liability company was formed on or near the date alleged.

38.     Answering the allegations contained in Paragraph 38 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

39.     Answering the allegations contained in Paragraph 39 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

40.     Answering the allegations contained in Paragraph 40 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same other to admit that the alleged URL was registered.

41.     Answering the allegations contained in Paragraph 41 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

42.     Answering the allegations contained in Paragraph 42 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

43.     Answering the allegations contained in Paragraph 43 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

44.     Answering the allegations contained in Paragraph 44 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

---

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

45.     Answering the allegations contained in Paragraph 45 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

46.     Answering the allegations contained in Paragraph 46 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

47.     Answering the allegations contained in Paragraph 47 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

48.     Answering the allegations contained in Paragraph 48 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

49.     Answering the allegations contained in Paragraph 49 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

50. Answering the allegations contained in Paragraph 50 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

51. Answering the allegations contained in Paragraph 51 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

52. Answering the allegations contained in Paragraph 52 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

53. Answering the allegations contained in Paragraph 53 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

54. Answering the allegations contained in Paragraph 54 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

---

Page 16

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

Case Number 2:13-cv-2238-JAD-GWF

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

55.     Answering the allegations contained in Paragraph 55 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

56.     Answering the allegations contained in Paragraph 56 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

57.     Answering the allegations contained in Paragraph 57 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

58.     Answering the allegations contained in Paragraph 58 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC  DENY same.

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

59. Answering the allegations contained in Paragraph 59 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same except to ADMIT that, on or about November 5, 2013, a representative from RW Advertising had a telephone call with Anthony Besasie, president of Cannella Response Television, asking to run a show on the that day.

60. Answering the allegations contained in Paragraph 60 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

61. Answering the allegations contained in Paragraph 61 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

62. Answering the allegations contained in Paragraph 62 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

RW Advertising, Inc. and Call Services International LLC ADMIT that a letter was sent but DENY that the summary of its content is accurate.

63.     Answering the allegations contained in Paragraph 63 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

64.     Answering the allegations contained in Paragraph 64 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

65.     Answering the allegations contained in Paragraph 65 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC are without sufficient information and belief to admit or deny same and, accordingly, DENY those allegations.

66.     Answering the allegations contained in Paragraph 66 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

## FIRST CLAIM FOR RELIEF

67.     Answering the allegations contained in Paragraph 67 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses herein to the incorporated allegations.

68.     Answering the allegations contained in Paragraph 68 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

69.     Answering the allegations contained in Paragraph 69 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

70.     Answering the allegations contained in Paragraph 70 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

71.     Answering the allegations contained in Paragraph 71 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

72.    Answering the allegations contained in Paragraph 72 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

73.    Answering the allegations contained in Paragraph 73 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

74.    Answering the allegations contained in Paragraph 74 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

75.    Answering the allegations contained in Paragraph 75 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

76.    Answering the allegations contained in Paragraph 76 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

1  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

2  RW Advertising, Inc. and Call Services International LLC DENY same.

3

4  ## SECOND CLAIM FOR RELIEF

5  77.   Answering the allegations contained in Paragraph 77 of the Complaint,

6  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

7  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

8  RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses

9  herein to the incorporated allegations.

10  78.   Answering the allegations contained in Paragraph 78 of the Complaint,

11  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

12  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

13  RW Advertising, Inc. and Call Services International LLC DENY same.

14  79.   Answering the allegations contained in Paragraph 79 of the Complaint,

15  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

16  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

17  RW Advertising, Inc. and Call Services International LLC DENY same.

18  80.   Answering the allegations contained in Paragraph 80 of the Complaint,

19  Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

20  LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

21  RW Advertising, Inc. and Call Services International LLC DENY same.

22

23

24

25  **FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

26

27

28  **Case Number 2:13-cv-2238-JAD-GWF**

81.     Answering the allegations contained in Paragraph 81 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

82.     Answering the allegations contained in Paragraph 82 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

## THIRD CLAIM FOR RELIEF

83.     Answering the allegations contained in Paragraph 83 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses herein to the incorporated allegations.

84.     Answering the allegations contained in Paragraph 84 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

85.     Answering the allegations contained in Paragraph 85 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

1 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

2 RW Advertising, Inc. and Call Services International LLC DENY same.

3      86.    Answering the allegations contained in Paragraph 86 of the Complaint,

4 Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

5 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

6 RW Advertising, Inc. and Call Services International LLC DENY same.

7      87.    Answering the allegations contained in Paragraph 87 of the Complaint,

8 Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

9 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

10 RW Advertising, Inc. and Call Services International LLC DENY same.

11      88.    Answering the allegations contained in Paragraph 88 of the Complaint,

12 Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

13 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

14 RW Advertising, Inc. and Call Services International LLC DENY same.

15      89.    Answering the allegations contained in Paragraph 89 of the Complaint,

16 Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

17 LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala,

18 RW Advertising, Inc. and Call Services International LLC DENY same.

19 /

20 /

21 /

22

23

24 **Page 24**

25 **FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

28 **Case Number 2:13-cv-2238-JAD-GWF**

## FOURTH CLAIM FOR RELIEF

90.     Answering the allegations contained in Paragraph 90 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses herein to the incorporated allegations.

91.     Answering the allegations contained in Paragraph 91 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

92.     Answering the allegations contained in Paragraph 92 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

93.     Answering the allegations contained in Paragraph 93 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

94.     Answering the allegations contained in Paragraph 94 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

95.     Answering the allegations contained in Paragraph 95 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

96.     Answering the allegations contained in Paragraph 96 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

97.     Answering the allegations contained in Paragraph 97 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

98.     Answering the allegations contained in Paragraph 98 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

99.     Answering the allegations contained in Paragraph 99 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

100.    Answering the allegations contained in Paragraph 100 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

101.    Answering the allegations contained in Paragraph 101 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

102.    Answering the allegations contained in Paragraph 102 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

103.    Answering the allegations contained in Paragraph 103 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

104.    Answering the allegations contained in Paragraph 104 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

105. Answering the allegations contained in Paragraph 105 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

## **FIFTH CLAIM FOR RELIEF**

106. Answering the allegations contained in Paragraph 106 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses herein to the incorporated allegations.

107. Answering the allegations contained in Paragraph 107 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

108. Answering the allegations contained in Paragraph 108 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

109. Answering the allegations contained in Paragraph 109 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

110. Answering the allegations contained in Paragraph 110 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

111. Answering the allegations contained in Paragraph 111 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

112. Answering the allegations contained in Paragraph 112 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

113. Answering the allegations contained in Paragraph 113 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

114. Answering the allegations contained in Paragraph 114 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

115. Answering the allegations contained in Paragraph 115 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

116. Answering the allegations contained in Paragraph 116 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

117. Answering the allegations contained in Paragraph 117 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

118. Answering the allegations contained in Paragraph 118 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

## SIXTH CLAIM FOR RELIEF

119.   Answering the allegations contained in Paragraph 119 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC RE-ALLEGE the responses herein to the incorporated allegations.

120.   Answering the allegations contained in Paragraph 120 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

121.   Answering the allegations contained in Paragraph 121 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

122.   Answering the allegations contained in Paragraph 122 of the Complaint, Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC DENY same.

/

/

/

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

## DEFENSES

In advancing the following defenses, the Answering Defendants do not concede that any of them have the burden of proof:

### First Defense

As to each Claim, the Complaint fails to state a claim upon which relief can be granted.

### Second Defense

As to the Answering Defendants, this court lacks personal jurisdiction over said Answering Defendants pursuant to the Fourteenth Amendment of the United States Constitution and Nevada Revised Statutes § 14.065.

### Third Defense

The action fails to name as a plaintiff Brian MacGregor, who is a real party in interest in both law and equity. Answering Defendants are informed and believe and thereon allege that the Plaintiff entity is a front for Brian MacGregor; it is owned by Level-12, Inc., a Guyana corporation which, in turn, is beneficially owned by Brian MacGregor; and that both the Plaintiff entity and Level-12, Inc. are devices created by Brian MacGregor to hide the fact that Brian MacGregor is engaged in telemarketing in violation of an injunction issued in *Federal Trade Commission v*

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

*Universal Premium Services et al.*, Case No. 2:06-cv-00849-GW-OP (C.D. Cal., Document No. 299, filed February 26, 2007).[1]

---

[1]  *Federal Trade Commission v Universal Premium Services et al.*, Case No. 2:06-cv-00849-GW-OP (C.D. Cal., Document No. 299, filed February 26, 2007); *aff'd sub nom. Federal Trade Commission v. Brian K. MacGregor, et al.*, No. 08-55838 (9th Cir., December 30, 2009) (the "Permanent Injunction"). The Permanent Injunction prohibited MacGregor and others from,

"... *engaging in, participating in, assisting in, or facilitating the sale or marketing of any program memberships, including but not limited to memberships in* discount buyers clubs, *vacation programs*, gasoline discount programs, discount movie ticket programs, roadside assistance programs, Internet and long distance telephone service programs, discount legal services programs, discount DVD and television programs and ink cartridge programs." Permanent Injunction, p. 6, *l.* 27 to p. 7., *l.* 5.

The Permanent Injunction further enjoined the subject MacGregor and others from,

"... engaging in telemarketing of any kind, in any manner or capacity whatsoever (including but not limited to by consulting, brokering, planning, investing, or advising), whether directly, indirectly through an intermediary or otherwise, individually, or through any business entity or other device." Permanent Injunction, p. 6, *ll.* 18-24 (parenthetical in the original).

"Telemarketing," in turn, is defined in the Permanent Injunction as,

"... a plan, program, or campaign which is conducted to induce the purchase of goods or services or a charitable contribution, by uses of one or more telephones which involves more than one interstate telephone call." Permanent Injunction, p. 6, *ll.* 14-17.

Moreover, the definition of "Telemarketer" includes "any person who, in connection with telemarketing, initiates *or receives* telephone calls to *or from* a customer . . . ." Permanent Injunction, p. 6, *ll.* 12-13 (emphasis added).

An infomercial necessarily violates the above because, the functionality of an infomercial is to induce viewers to place a telephone call to the advertised number

---

**Page 33**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

**Fourth Defense**

The claims for punitive/exemplary damages in the Complaint are limited by the Eighth and Fourteenth Amendment of the United States Constitution and Nevada Revised Statutes § 42.005.

**Fourth Defense**

Plaintiff's claims all are barred based upon the doctrine of unclean hands.

**Fifth Defense**

To the extent that the Complaint relies upon diversity jurisdiction, the state law claims must be dismissed because it includes "DOE" defendants. *Fifty Associates v. Prudential Ins. Co. of America*, 446 F.2d 1187, 1188-92 (9th Cir. 1970).

**Sixth Defense**

Any use of by any defendant of any materials on which that defendant did not own the copyright or have a license to the copyright, such use was fair use under the Copyright Act of 1976, including but not limited to 17 U.S.C. § 107 and the First and Fourteenth Amendments to the United States Constitution.

---

with the objective of purchasing a product.

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

1

## Seventh Defense

2

Any use of by any defendant of any materials on which that defendant did not

3

own the copyright or have a license to the copyright, such use was not substantial

4

copying.

5

6

## Eight Defense

7

The copyright registration that is allegedly infringed by Answering Defendants

8

is invalid for failure to comply with the requirements for copyrightable subject matter

9

set forth in 17 U.S.C. § 102.

10

11

## Ninth Defense

12

Plaintiff's claim for copyright infringement is barred by the doctrine of

13

copyright misuse, as Plaintiffs' initiation of this action is an unlawful attempt to

14

secure an exclusive right to a business relationship.

15

16

## Tenth Defense

17

One or more of Plaintiff's claims for statutory damages and attorneys' fees

18

under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright

19

registrations were not made within three months after the first publication of the

20

allegedly infringing works, as required by 17 U.S.C. § 412.

21

22

23

24

**Page 35**

25

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

26

27

28

**Case Number 2:13-cv-2238-JAD-GWF**

**Eleventh Defense**

Plaintiffs are not entitled to injunctive relief because any alleged injury to Plaintiffs is not immediate or irreparable, and Plaintiffs have an adequate remedy at law.

**Twelfth Defense**

Plaintiff is estopped from bringing this each of the alleged causes of action because of the actions alleged in the counterclaim.

**Thirteenth Defense**

Plaintiff's Sixth Claim for Relief is preempted by the Copyright Act of 1976, as amended.

**Fourteenth Defense**

If there was a contract between Scott R. Matthews and Plaintiff or anyone associated with the plaintiff, which Answering Defendants deny, it is barred by the Statute of Frauds.

/

/

/

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

## Fifteenth Defense

If there was a contract between Scott R. Matthews and Plaintiff or anyone associated with the plaintiff, which Answering Defendants deny, it is barred by lack of consideration.

## Sixteenth Defense

If there was a contract between Scott R. Matthews and Plaintiff or anyone associated with the plaintiff, which Answering Defendants deny, it lacks privity of contract.

## Seventeenth Defense

If there was a contract between Scott R. Matthews and Plaintiff or anyone associated with the plaintiff, which Answering Defendants deny, it was induced by fraud in that MacGregor failed to disclose that he was the subject of a permanent injunction, which had been brought by the Federal Trade Commission, prohibiting MacGregor from engaging in any telemarketing activities.

## Eighteenth Defense

Defendant Scott Matthews was a co-author of the allegedly infringed work and, accordingly, had equal right to use the work and license the work.

---

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

## Nineteenth Defense

Plaintiff is neither the author nor assignee of the allegedly infringed work and therefore lacks standing to bring this action for infringement. *Silvers v. Sony Pictures Entertainment, Inc.*, 402 F.3d 881 (9th Cir. 2005).

## Reservation

Answering Defendants reserve the opportunity to assert additional defenses as investigation and discover reveal their existence.

/
/
/
/
/
/
/
/
/
/
/
/
/

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

## PRAYER FOR RELIEF

Wherefore, the aforesaid defendants pray that the a judgment be entered in favor of Defendants Scott Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron Lascala, RW Advertising, Inc. and Call Services International LLC and against Plaintiff Blue Moon Marketing, LLC, that said plaintiffs take nothing; that all costs and reasonable attorneys fees pursuant to 17 U.S.C. § 505 be awarded in favor of said Defendants and against Plaintiffs Blue Moon Marketing, LLC and Level-12, Inc.; and any and all other relief warranted by the proof.

Dated: March 2, 2014.                     Respectfully Submitted,

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT, APC


By: */s/ Clyde DeWitt*
Clyde DeWitt

Counsel for Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC.

---

**Page 39**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

Clyde DeWitt
Nevada State Bar No. 9791
Law Offices of Clyde DeWitt,
    A Nevada Professional Corporation
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102-4397
(702) 386-1756; fax (702) 441-0308
*clydedewitt@earthlink.net*

Counsel for Counterclaimants Scott R. Matthews and Travel Shopping Network, LLC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT R. MATTHEWS, an individual and TRAVEL SHOPPING NETWORK, LLC, a Nevada Limited Liability Company,<br><br>    Counterclaimants,<br><br>v.<br><br>BLUE MOON MARKETING, LLC, a Nevada Liability Company and BRYAN MACGREGOR, an Individual, DOES 1-5, inclusive and DOES, INC. 6-10 inclusive,<br>    Counterdefendants. | <u>Case Number:</u><br><br>**2:13-cv-2238-JAD-GWF**<br><br>Hon. Jennifer A. Dorsey<br>    United States District Judge<br><br>Hon. George Foley, Jr<br>    United States Magistrate Judge<br><br>**FIRST AMENDED COUNTERCLAIM FOR: 1. RACKETEERING; 2. DECEPTIVE TRADE PRACTICES; 3. DECLARATORY RELIEF 4. FRAUD; 5. COMMON-LAW UNFAIR COMPETITION; 6. VIOLATION OF 15 U.S.C. § 1125( a); and (7) UNJUST ENRICHMENT** |

---

**Page 40**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

COMES NOW DEFENDANT AND COUNTERCLAIMANTS SCOTT R. MATTHEWS and TRAVEL SHOPPING NETWORK, LLC and, less than twenty-one (21) days having elapsed since the filing of the Original Counterclaim, *see* FED. R. CIV. PROC. 15(a)(1)(B), and the time having been extended by an additional fourteen (14) days, file this, their First Amended Answer based upon knowledge of his own acts and information and belief as to the acts of others, complains against Counterdefendants BLUE MOON MARKETING, LLC, BRIAN MACGREGOR, LEVEL-12, INC. and DARYL DUPREE and DOES 1-10 as follows:

## INTRODUCTION

Counterdefendant Brian MacGregor ("MacGregor") is a veteran of the telemarketing industry, although his apparently most successful effort was something less that an honest one.  In particular, MacGregor was found by the United States District Court for the Central District of California to have been engaged in a massive fraud scheme, all resulting in a judgment from that court assessing over $28 Million in civil penalties and an injunction against engaging in further telemarketing activities (the "FTC Injunction").  Counterdefendant Daryl DuPree ("DuPree") was integrally involved with MacGregor in the activities that gave rise to the FTC Injunction. MacGregor, DuPree and others are now embarked upon another fraudulent scheme.

MacGregror created the Counterdefendant entity, Blue Moon Marketing, LLC ("Blue Moon"), intent upon getting back into the infomercial business.  Out of

---

**Page 41**

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

concern for being accused of violating the FTC Injunction, MacGregor struck an arrangement with DuPree to create Blue Moon. DuPree, as the supposed central figure in Blue Moon, in fact was what is known as a "nominee" – which often, as in this case, is a person named as the figurehead in an entity to disguise its true owner because the true owner – here, MacGregror – wishes to shield him- or her- self from law enforcement authorities, taxing authorities and/or creditors.

They also created an offshore corporation, Level-12, Inc., a Guyana corporation. It was created for the purpose of sheltering money to keep it out of the reach of the FTC and American courts.

In early 2013, MacGregor and Counterclaimant Matthews entered negotiations for some relationship whereby they, together, would create an infomercial campaign. MacGregor's proposal was that he would be responsible for producing the infomercial; while Matthews would handle the telemarketing, sales and marketing, as well as creating Travel Shopping Network, LLC and handling banking relationships. When Matthews learned about the FTC Injunction, MacGregor assured him that the injunction would not be violated so long as MacGregor limited his involvement to producing the infomercial; in fact, however, the FTC injunction prohibited MacGregor from being involved in telemarketing *in any capacity*.

The infomercial that MacGregor created, with Counterclaimant Matthews as a co-author, like most infomercials, invites the viewer to call a toll-free number, where

---

**Page 42**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

1  the representative will attempt to sell the advertised product and, often, sell a more

2  costly product in place of it (called "up-selling").

3      Upon Matthews refusal allow DuPree signature privileges on the bank account

4  of Travel Shipping Network, LLC, MacGregor and DuPree unsuccessfully attempted

5  to take over Travel Shopping Network, LLC, by DuPree perpetrating a hoax on the

6  Office of the Nevada Secretary of State. Specifically, at MacGregor's instance,

7  DuPree, MacGregor and some combination of the two of them and perhaps others,

8  fraudulently added DuPree as a Managing Member of Travel Shopping Network,

9  LLC. Having achieved that, DuPree, MacGregor and some combination of the two

10  of them and perhaps others, fraudulently created a Nevada Corporation, Travel

11  Shopping Network (without any suffix such as "Inc.," "Corp.," "Ltd." etc.), the

12  incorporation of which was allowed only because a document was submitted by or at

13  the instance of DuPree, MacGregor and some combination of the two of them and

14  perhaps others, fraudulently approved the name based upon DuPree's fraudulent status

15  as a member of Travel Shopping Network, LLC; without that consent, the Office of

16  the Nevada Secretary of State would not have approved the incorporation of

17  MacGregor's "Travel Shopping Network" corporation because it had a name that was

18  confusingly similar to Travel Shopping Network, LLC. That hoax was designed to

19  fraudulently take over Travel Shopping Network, LLC.

20      Having done all of that but failing to fraudulently take control of Travel

21  Shopping Network, LLC, MacGregor and his fronts, Blue Moon, DuPree and

22

23

---

24  **Page 43**

25  **FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

26

27

28  **Case Number 2:13-cv-2238-JAD-GWF**

MacGregor's offshore corporation, Level-12, Inc. (a Guyana corporation), embarked their own telemarketing campaign, a blatant fraud. Without the knowledge or consent of Carnival It claimed to offer a cruise on Carnival Cruise Lines for $149.00 – a product that neither MacGregor nor any of his companies could deliver. All of that has damaged Counterclaimants; and they bring this counterclaim for declaratory, injunctive and monetary relief because of it.

## JURISDICTION AND VENUE

1.      This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1367 because the counterclaims arise from the same transaction and rely on identical facts of the Plaintiff's Complaint for their resolution, they "form part of the same case or controversy under Article III" of the United States Constitution. *See Sea-Land Service, Inc. v. Lozen Intern., LLC*, 285 F.3d 808, 814 (9th Cir. 2002).

2.      This court also has jurisdiction pursuant to 28 U.S.C. § 1331 over the Racketeering claim and the claims under 15 U.S.C. § 1125(a).

3.      Because this Court has jurisdiction to address the controversy before it, 28 U.S.C. § 2201 grants the Court authority to declare the rights of the parties before it, and 28 U.S.C. § 2202 authorizes the Court to grant such further relief, including injunctive relief, as the Court may deem necessary and proper.

4.      Venue is proper as to Counterdefendant Level-12, Inc. because it is not a resident or citizen of the United States and is therefore subject to venue in any

---

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

district.  28 U.S.C. § 1391(c)(3).  Venue is proper as to the other counterdefendants because a substantial part of the events and omissions giving rise to the claim occurred in this district.  28 U.S.C. § 1391 (b)(2).   The allegations of this paragraph do not waive the objection to venue by any of the defendants in the action.

# PARTIES

5.     Counterclaimant Scott R. Matthews ("Matthews") is an individual who is a resident and citizen of Orange County, Florida.

6.     Counterclaimant Travel Shopping Network, LLC is a limited liability company, organized and existing under the laws of the state of Nevada with its principal offices in Orange County, Florida.  Matthews is sole member, owner and manager of Travel Shopping Network, LLC.

7.     Counterdefendant Blue Moon Marketing, LLC ("Blue Moon") is a limited liability company, organized and existing under the laws of the State of Nevada with its principal office at 2360 CORPORATE CIRCLE. SUITE 400, Henderson, NV 89074-7722.[2]  Blue Moon is a sham *alter ego* of Brian MacGregor, as more specifically alleged below.

---

[2]     This is reflected in the records of the Nevada Secretary of State: *http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=7qMIiV09zgpZMWtJknSb5g%253d%253d&nt7=0*

---

**Page 45**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

8. Counterdefendant Level-12, Inc. ("Level-12") is a corporation, organized and existing under the laws of Guyana. Level-12 Level-12 is a sham *alter ego* of Brian MacGregor, as more specifically alleged below.

9. Counterdefendant Brian MacGregor ("MacGregor") is an individual who is believed to be a resident and citizen of Clark County, Nevada, although he is also believed to live in Mono County, California. MacGregor is deliberately creating circumstances such that he and his assets are as difficult to locate as possible because the United States has a judgment against him in the amount approximately $28,000,000 which the Federal Trade Commission, which brought the action resulting in the judgment, is attempting to collect.[3] As a result, MacGregor has situated his assets outside the United States, in Guyana and elsewhere.

10. Daryl DuPree ("DuPree") is an individual who is a resident and citizen of Clark County, Nevada.

11. Blue Moon, MacGregor, Level-12 DuPree and any DOES or DOES, INC. defendants that are later named are collectively referenced herein as the "Named Defendants."

12. Each of DOES 1-5 inclusive is an individual, the residency and citizenship of which presently is unknown to Counterclaimant. Each of DOES, INC. 6-10 is an entity (*e.g.*, a corporation, limited liability company, trust, partnership, etc.)

---

[3] *Federal Trade Commission v Universal Premium Services et al.*, Case No. 2:06-cv-00849-GW-OP (C.D. Cal., Document No. 498, filed January 6, 2007)(Abstract of Judgment.).

---

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

the residency, citizenship and place of registration of which presently is unknown to Counterclaimant. Counterclaimant is ignorant of the true names and capacities of the defendants sued herein as DOES 1-5, inclusive and DOES, INC. 6-10, and therefore sues those defendants by those fictitious names. Counterclaimant will amend this Counterclaim to state the true names and capacities of these Doe defendants once ascertained.

## FACTS COMMON TO ALL CLAIMS

### *Alter Ego*

13. MacGregor is the *alter ego* of Blue Moon and Level-12. Specifically, Blue Moon and Level-12 are influenced and governed by MacGregor; (2) there is a unity of interest and ownership such that MacGregor is inseparable from the Blue Moon or Level-12; and (3) the facts are such that adherence to the fiction of separate entity would, under the circumstances, sanction a fraud or promote injustice. *See Truck Ins. Exch. v. Palmer J. Swanson, Inc.*, 189 P.3d 656, 660 (Nev. 2008). Further, Blue Moon and Level-12 are and always have been undercapitalized.

### Agency

14. Counterclaimant is informed and believe and thereon allege that each of the Counterdefendants at all relevant times was the agent, employee, conspirator, and/or joint venturer of the remaining Counterdefendants, and in doing the things or

---

**Page 47**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

in failing to do the things hereinafter alleged, each Counterdefendant was acting within the course and scope of such agency, employment, conspiracy, and joint venture with the advance knowledge, acquiescence or subsequent ratification of each and every remaining Counterdefendant.

### The Federal Trade Commission Action

15.     The court should take judicial notice of the judicial documents cited in this section pursuant to Rules 201(b) and 201(c)(2) of the Federal Rule of Evidence:

16.     On February 14, 2006, the Federal Trade Commission filed under seal its Original Complaint in *Federal Trade Commission v Universal Premium Services et al.*, Case No. 2:06-cv-00849-GW-OP in the United States District Court for the Central District of California (Docket Document No. 1 therein[4]).  The Federal Trade Commission immediately garnered a temporary restraining order (*FTC* Docket No. 23) and, later an order of preliminary injunction (*FTC* Docket No. 57), each enjoining numerous fraudulent practices, freezing assets and appointing a receiver.  MacGregor filed a notice of appeal from the preliminary injunction shortly after its issuance (*FTC* Docket No. 116), although the appeal was dismissed by stipulation not long thereafter (*FTC* Docket No. 160).

---

[4]     Hereafter, "*FTC* Docket No."

---

**Page 48**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

17.     On February 26, 2007, a Permanent Injunction was issued (*FTC* Docket No. 299, the "Permanent Injunction"), prohibiting MacGregor and the other defendants in that case, *inter alia*, from,

"... *engaging in, participating in, assisting in, or facilitating the sale or marketing of any program memberships, including but not limited to memberships in* discount buyers clubs, *vacation programs*, gasoline discount programs, discount movie ticket programs, roadside assistance programs, Internet and long distance telephone service programs, discount legal services programs, discount DVD and television programs and ink cartridge programs." Permanent Injunction, p. 6, *l.* 27 to p. 7., *l.* 5.

18.     The Permanent Injunction further enjoined the subject MacGregor and others from,

"... engaging in telemarketing of any kind, in any manner or capacity whatsoever (including but not limited to by consulting, brokering, planning, investing, or advising), whether directly, indirectly through an intermediary or otherwise, individually, or through any business entity or other device." Permanent Injunction, p. 6, *ll.* 18-24 (parenthetical in the original).

19.     "Telemarketing," in turn, is defined in the definition portion of the Permanent Injunction as,

---

**Page 49**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

". . . a plan, program, or campaign which is conducted to induce the purchase of goods or services or a charitable contribution, by uses of one or more telephones which involves more than one interstate telephone call." Permanent Injunction, p. 6, *ll.* 14-17.

20. Moreover, the definition of "Telemarketer" includes "any person who, in connection with telemarketing, initiates ***or receives*** telephone calls to ***or from*** a customer . . . ." Permanent Injunction, p. 6, *ll.* 12-13 (emphasis added).

21. The court later entered a final monetary judgment against MacGregor in the amount of $28,233,124.00 (*FTC* Docket No. 408, 423).

22. MacGregor challenged the relief by appealing to the United States Court of Appeals for the Ninth Circuit (*FTC* Docket No. 463), which entirely affirmed the challenged orders of the district court (*FTC* Docket No. 527).

23. In affirming the judgment (*Id.*), the Court of Appeals found, *inter alia*, that,

"The FTC provided sufficient evidence to show that third party call centers acting in the names of MSD and other corporate shells in which MacGregor was involved ("the Companies") violated the FTC Act and the TSR [the Federal Trade Commission's "Telemarketing Sales Rule"]. . . .

"Appellants argue that they wrote procedures and scripts to assure the content of telemarketing calls, trained and monitored the third party call centers, and disciplined or terminated callers who did not comply

---

**Page 50**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

with the procedures and scripts. However, the evidence Appellants provided in support of this argument does not demonstrate that the numerous violations of the FTC Act and the TSR did not occur. Because Appellants provided no affirmative evidence to counter the FTC's evidence, it is undisputed that third party call centers acting in the Companies' names violated the FTC Act and the TSR. . . . [¶]

"With the contractual authority to sell products in the name of the Companies following the Companies' processes and scripts, the third party call centers had the apparent authority to engage in the acts that were improper under the FTC Act and the TSR. . . .

"Appellants next argue that, even if the FTC's data are correct regarding consumer reports of abusive conduct, the data are insufficient to show a 'practice' of engaging in abusive conduct. However, among other data, the FTC provided evidence showing Appellants' high rates of return, decline, and consumer complaint, all of which is probative of widespread material misrepresentation and other abusive conduct. Appellants again failed to produce affirmative evidence to counter the FTC's evidence, pointing only to their scripts and written quality assurance processes. The Court finds that no genuine issue remains regarding the widespread nature of Appellants' abusive conduct under the FTC Act and the TSR. This Court has held that

---

**Page 51**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

1     "'(a)n individual is personally liable for a corporation's (FTC

2     Act) violations if he 'participated directly in the acts or practices

3     or had authority to control them' and 'had actual knowledge of

4     material misrepresentations, was recklessly indifferent to the

5     truth or falsity of a misrepresentation, or had an awareness of a

6     high probability of fraud along with an intentional avoidance of

7     the truth.'

8     "The FTC provided evidence that MacGregor participated in the

9 operations of the Companies by writing call center scripts, designing websites,

10 and overseeing finances, among other things. Appellants did not counter the

11 FTC's evidence with anything but conclusory language from MacGregor. The

12 FTC's evidence that MacGregor participated directly in the practices of

13 the Companies is thus undisputed.

14     "With regard to MacGregor's mental state, the FTC provided

15 evidence showing the high volume of consumer complaints, the high

16 refund and return rates, and the number of investigations by state

17 Attorneys General and the Better Business Bureau. The FTC's evidence

18 is undisputed and sufficient to show that MacGregor likely knew of

19 material misrepresentations made by the Companies to consumers, or

20 was at least recklessly indifferent to the truth." *Id.* 24. The Permanent

21 Injunction remains in place.

22

23

---

24         **Page 52**

25 **FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL
EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY
26 L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING,
INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED
27 COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK,
LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN
28 MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

25.     MacGregor is estopped from denying the foregoing findings of the Court of Appeals.

26.     Because Blue Moon and Level-12 are each the alter ego of MacGregor and each other, Blue Moon and Level-12 arestopped from denying the foregoing findings of the Court of Appeals.

27.     Dupree was integrally involved in all of the above, as the court found.

**Infomercial Business Models**

28.     An infomercial, also known as direct response television or DRTV, is neither a novel nor a proprietary concept, although the statistics about them are not so readily available to the general public.  Infomercials have been in existence since the at least the 1960s when Ronco advertised the Veg-O-Matic and Chop-O-Matic via infomercials.  Once cable television became ubiquitous in the mid-1980s, QVC (an acronym for "Quality, Value, Convenience") created a channel dedicated to almost exclusively broadcasting infomercials.  In more recent years, with cable and satellite television offering hundreds of channels, the population of infomercials is overwhelming.  Moreover, anyone who simply views an infomercial and calls the phone number easily can learn the business methods involved.  For further detail,

---

**Page 53**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

anyone interested can look at *Amazon.com*, which offers an array of books detailing the infomercial business.[5]

29.     The species of infomercial involved here begins with a half-hour television production associated with a call center, either owned by the infomercial producer or privately operated and contracted by the producer.  It begins with a product, usually one subject to "up-selling" – which is the process of persuading a

---

[5]     *See, e.g.* some of the books offered here:

*http://www.amazon.com/s/ref=nb_sb_noss_1/179-6387559-3316740?url=search-alias%3Dstripbooks&field-keywords=infomercials&sprefix=infomer%2Cstripbooks&rh=i%3Astripbooks%2Ck%3Ainfomercials*

Examples include:

T. Hawthorne, THE COMPLETE GUIDE TO INFOMERCIAL MARKETING (Hawthorne Direct, Inc. 1997),

*http://www.hawthornedirect.com/infomercial_guide/*

D. Cummings, THE INFOMERCIAL & DRTV HANDBOOK: A STEP BY STEP GUIDE TO UNDERSTANDING DIRECT RESPONSE TV CREATESPACE (Independent Publishing Platform 2010),

*http://www.abebooks.com/9781453827390/Infomercial-DRTV-Handbook-Step-Guide-1453827390/plp*

J. Sugarman, TELEVISION SECRETS FOR MARKETING SUCCESS: HOW TO SELL YOUR PRODUCT ON INFOMERCIALS, HOME SHOPPING CHANNELS & SPOT TV COMMERCIALS FROM THE ENTREPRENEUR WHO GAVE YOU BLUBLOCKER® SUNGLASSE (DelStar Books 1998):

*http://www.amazon.com/Television-Secrets-Marketing-Success-Infomercials/dp/1891686097/ref=sr_1_11?s=books&ie=UTF8&qid=1388994173&sr=1-11&keywords=infomercials#reader_B009R4SLQ0*

---

**Page 54**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

caller seeking one product to purchase a more expensive and more profitable one. Anyone calling the telephone number advertised on the infomercial will promptly learn that fact. The infomercial producer obviously either sells the product itself or earns commission from the entity providing the product.

30. Infomercials necessarily require a vehicle for the purchase of the advertised product by the viewing consumer. While an infomercial, at least in theory, could simply announce that the advertised product is available at a given list of chain stores (*e.g.*, Sears, Walgreens, Target, Costco, etc.) or a Web site, the infomercial business model typically utilizes call centers to facilitating "up-selling". Call center employees who respond to the telephone calls are carefully trained with scripts, as was the case with the *FTC* case described above, to up-sell callers. Producers of infomercials are typically compensated on a per-call basis or on a commission basis.

31. Almost every infomercial necessarily is within the scope of the FTC Injunction because the functionality of an infomercial is to induce viewers to place a telephone call to the advertised number with the objective of purchasing a product.

**Counterdefendants' Fraudulent Infomercial Activities – The Fraud Against Matthews and Travel Shopping Network, LLC**

32. In the activities that culminated in the FTC Injunction, MacGregor utilized DuPree as a functionary. DuPree was neither a defendant in the case nor

---

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

1  named in the injunction.  However, DuPree was integrally involved in the activities

2  that gave rise to the FTC Injunction as the court found on summary judgment.

3        33.   Counterclaimant Scott R. Matthews is an entrepreneur who has particular

4  expertise in marketing and with close connections with important members of the

5  travel industries.

6        34.   In early 2013 MacGregor proposed an arrangement with Counterclaimant

7  Matthews whereby MacGregor would produce a television infomercial; and then he

8  and Counterclaimant Matthews would monetize the infomercial with telemarketing

9  and capitalizing on his good relationship with the travel industry.  MacGregror created

10 the Counterdefendant entity, Blue Moon Marketing, LLC.  Out of concern for being

11 accused of violating the FTC Injunction, MacGregor struck an arrangement with

12 DuPree.  DuPree was what is known as a "nominee" – which often, as in this case, is

13 a person named as the figurehead in an entity to disguise its true owner because the

14 true owner – here, MacGregror – wishes to shield him- or her- self from law

15 enforcement authorities, taxing authorities and/or creditors.

16        35.   The infomercial that MacGregor created, with substantial input from

17 Counterclaimant Matthews, like most infomercials, invites the viewer to call a toll-

18 free number, where the representative will attempt to sell the advertised product and,

19 often, sell a more costly product in place of it (called "up-selling").

20        36.   Because the FTC Injunction could have applied to Counterclaimant

21 Matthews if he knowingly worked in concert with MacGregor in violation of the FTC

22

23

24

**Page 56**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

Injunction, Counterclaimant Matthews and his company, Travel Shopping Network, LLC had no choice but to sever all ties with MacGregor and Blue Moon.

37. MacGregor attempted to take over Travel Shopping Network, LLC, by inducing DuPree to perpetrate a hoax on the Office of the Nevada Secretary of State. Specifically, at MacGregor's instance, DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently added DuPree as a Member of Travel Shopping Network, LLC. Having achieved that, DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently created a Nevada Corporation, Travel Shopping Network (without any suffix such as "Inc.," "Corp.," "Ltd." etc.), the incorporation of which was only allowed because a document was submitted at the instance of DuPree, MacGregor and some combination of the two of them and perhaps others, fraudulently approved the name based upon DuPree's fraudulent status as a member of Travel Shopping Network, LLC; without that consent, the Office of the Nevada Secretary of State would not have approved the incorporation of MacGregor's corporation, Travel Shopping Network, because it had a name that was confusingly similar to Travel Shopping Network, LLC. That hoax was designed to fraudulently take over Travel Shopping Network, LLC and its assets.

38. Having done all of that and failing to fraudulently take control of Travel Shopping Network, LLC, MacGregor and his *alter ego*, Blue Moon and DuPree, embarked upon a course of action to tortuously interfere with the good relationships that Counterclaimant Matthews had with the travel industry, particularly, Carnival

**Page 57**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

Cruise Lines and others, with an intent to destroy any potential profitability of Counterclaimant Matthews and his valuable connections with the travel industry.

**Specific Fraud Allegations**

39.    The fraudulent acts found by the court in the case resulting in the FTC injunction are incorporated by reference as if fully set forth here.

40.    DuPree, on or about August 5, 2013, filed an Amended Annual List with the Nevada Secretary of State, which List represented that it was being filed by Scott Matthews when in truth and in fact it was filed without the knowledge or consent of Scott Matthews by DuPree of at the instance of DuPree.  The document represented that DuPree had been added as a member of Travel Shopping Network, LLC when in truth and in fact he had not been.

41.    DuPree, on or about August 20, 2013, filed a Consent with the Nevada Secretary of state, which consent purported to represent the consent of Travel Shopping Network, LLC filed by DuPree, as a member or manager of that limited liability company, to the use of the name "Travel Shopping Network" as the name of a new corporation when in truth and in fact Travel Shopping Network, LLC gave no such consent and in truth and in fact DuPree was not a member or manager of that limited liability company.

---

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

42.     The foregoing lies to the Office of the Nevada Secretary of State injured Scott Matthews by creating an entity with a confusingly similar name to Travel Shopping Network, LLC, owned by Matthews.

43.     In or about February of 2013, MacGregor represented to Matthews that, once MacGregor produced an infomercial for Travel Shopping Network, LLC to distribute, MacGregor would not become involved in the marketing aspect. MacGregor did not disclosed the existence of the FTC Injunction, a material omission.

44.     In or about April of 2013, Matthews learned about the FTC Injunction. When he confronted MacGregor about it, MacGregor claimed that he would not become involved in the marketing aspect of the infomercial and therefore would not violate the FTC Injunction when in truth and in fact MacGregor knew that merely producing the infomercial violated the FTC Injunction and in truth and in fact MacGregor fully intended to become deeply involved in the telemarketing aspect but to do surreptitiously.

**Counterdefendants' Fraudulent Infomercial Activities – The Fraud Against the Distributors, Exhibitors and Viewers of Blue Moon's Infomercial**

45.     Beginning some time in 2013, MacGregor embarked upon his own infomercial business, creating an infomercial of his own using his *alter ego*, Blue Moon (the "Blue Moon Infomercial").

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

46. The Blue Moon Infomercial purported to have available a $149.00 cruise on Carnival Cruise Lines ("Carnival"), Carnival being among the world's leading cruise lines; however, in truth and in fact Carnival Cruise lines did not authorize any such promotion. Moreover, in airing The Blue Moon Infomercial the Named Counterdefendants never intended to sell any package associated with Carnival. Rather, a caller asking for the $149.00 Carnival package would be pressured by the telephone operator answering the call to purchase a more expensive package with another cruise line; and no matter how persistent the caller, the caller could not purchase Carnival package; and no caller ever has succeeded in doing so.

47. The Blue Moon Infomercial has been aired regularly and continues, several times a week at least, on DirecTV, over the objection of Carnival.

48. In fact, Carnival has no such $149 cruise package and did not authorize use of it's name; and the Named Counterdefendants never intended to sell such a package and never have sold one. Instead, the intent of the Named Counterdefendants is and always to up-sell to a considerably more expensive travel package or, failing that, continue to attempt such an up-sell until the caller becomes frustrated and hangs up. This is known as "bait and switch" advertising.

49. Counterclaimant Travel Shopping Network, LLC is also in the business of producing infomercials promoting travel. Important to that business is the good relationship that Counterclaimant Scott Matthews enjoys with Carnival Cruise Lines. It was that good relationship that motivated MacGregor to attempt to do business with

---

**Page 60**

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

Matthews at the outset, an arrangement that Matthews rejected after learning of the FTC Injunction.

**Counterdefendants' Use of Counterclaimant's name**

50.     Counterclaimant Travel Shopping Network, LLC was established by its filing with the Nevada Secretary of State on March 26, 2013. Since then, the entity always has been known as and has done business as Travel Shopping Network. On August 27, 2013, Counterclaimant Travel Shopping Network filed a valid application in the United States Patent and Trademark Office for a Standard Character Service Mark, "Travel Shopping Network," application serial number 86049122 for the following goods and services:

> "Advertising and marketing services provided by means of indirect methods of marketing communications, namely, social media, search engine marketing, inquiry marketing, internet marketing, mobile marketing, blogging and other forms of passive, sharable or viral communications channels; Advertising services, namely, promoting and marketing the goods and services of others in the field of travel via print and electronic media; Advertising, marketing and promotion services in the field of travel."

51.     The application is currently pending.

---

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

52.     On August 20, 2013, Counterdefendants caused to be created a Nevada corporation named "Travel Shopping Network."  It included no suffix of a corporate indicia, such as "Inc.", "Corp.", "Ltd.", "Incorporated" or "Corporation" as customarily is the case with corporations.  Rather, Counterdefendants omitted such a suffix intentionally with the purpose of causing confusion with the business of Counterclaimant Travel Shopping Network, LLC and its "Travel Shopping Network" mark.

53.     Ordinarily, the Office of the Secretary of State would have rejected that filing because the name is confusingly similar to that of Counterclaimant Travel Shopping Network, LLC.  That could be avoided by filing a form entitled "Name Consent Release" along with the corporate filing.  The Name Consent Release must be filed by an authorized representative of the senior user of the name, in this case an authorized representative of Counterclaimant Travel Shopping Network, LLC.  To accomplish that, Counterdefendant Daryl DuPree fraudulently installed himself as a managing member of Counterclaimant Travel Shopping Network, LLC.  Having done that, he was able to fraudulently represent that he was authorized to execute the Name Consent Release.

54.     On the strength of this fraudulently obtained corporation, Travel Shopping Network, Counterdefendants regularly do business as "Travel Shopping Network, although they did not do so until well after Counterclaimants.

---

**Page 62**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

55.     None of the Named Counterdefendants ever has had any interest in Travel Shopping Network, LLC, which has used the trade name "Travel Shopping Network" since its inception.[6]

56.     Scott Matthews and Travel Shopping Network, LLC first used the trade name "Travel Shopping Network" at the time of the registration of the limited liability company and have continued to do so ever since.

57.     On Counterdefendants' Web site, _TravelShoppingNetworktv.com_, the target page prominently displays "TRAVEL SHOPPING NETWORK" as a business direct competition with Counterclaimants.

58.     The above is likely to cause confusion and has caused confusion by the general public.

## FIRST CLAIM FOR RELIEF

### Violations of Racketeer Influenced and Corrupt Organizations Act

### (18 U.S.C. § 1961, *et seq.*)

### (Against All Named Counterdefendants)

59.     Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

---

[6]     Although Level-12, Inc. was nominally the managing member of Travel Shopping Network, LLC, the company always was owned and controlled by Scott Matthews.

---

**Page 63**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

60. Counterdefendants, while associated with an enterprise, engaged in, or the activities of which affected, interstate or foreign commerce, conducted and participated, directly and indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity, as those terms are defined and understood in connection with 18 U.S.C. § 1962, by reason of which Counterclaimants were injured, as those terms are defined and understood in connection with 18 U.S.C. § 1964(c), and conspired, as those terms are defined and understood in connection with 18 U.S.C. § 1964(d) namely:

**The Enterprise**

61. The association of MacGregor, DuPree, along with various entities including Level-12, Inc., a Guyana corporation, Membership Services Direct, Inc., a now-defunct Nevada Corporation, which was involved in the activities leading to and was a subject of the FTC Injunction, and Counterdefendant Blue Moon Marketing, LLC. and other entities created by MacGregor constitute an Enterprise pursuant to 18 U.S.C. § 1961(4), being an "individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity."

62. The association in part existed by virtue of MacGregor installing DuPree as the managing member of Counterdefendant Blue Moon Marketing, LLC before it was transferred to MacGregor's offshore company, Level-12, Inc.

---

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

63. All of the components of the enterprise had in common the association with MacGregor.

**The Racketeering Activity and Predicate Acts**

64. The racketeering activity consisted of violations of 18 U.S.C. § 1341 and § 1343 (relating to wire fraud), which are included in the definition of "racketeering activity" found at 18 U.S.C. § 1961(1).

65. The Named Counterdefendants beginning as early as 2009 or before devised a scheme or artifice to defraud and for obtaining money or property by means of false or fraudulent pretenses, representations, or promises as those terms are defined and understood in connection with 19 U.S.C. §§ 1341 and 1343 (the "scheme and artifice") involving infomercials. The infomercials involved television marketing of products and services that were never intended to be sold; rather, a viewer of such an infomercial would be directed in the infomercial to call a telephone number in order to purchase the product or service. The calls were to be answered by representatives at a call center who would be given scripts, attempting to sell a product or service more expensive and more profitable than the one that was advertised, which product or service never would be sold. By virtue of that scheme and artifice, the Named Counterdefendants would garner money and property.

---

**Page 65**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

66.    In furtherance of the aforesaid scheme and artifice, the Named Counterdefendants committed predicate acts, namely,

a.    Placed in any post office or authorized depository for mail matter, any matter and thing whatever to be sent or delivered by the Postal Service and deposited or caused to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, and took or received therefrom, any such matter or thing and knowingly caused to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, as those terms are defined and understood in connection with 18 U.S.C. § 1341; and

b.    Transmitted and caused to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, writings, signs, signals, pictures, or sounds for the purpose of executing such scheme and artifice, as those terms are defined and understood in connection with 18 U.S.C. § 1343.

c.    Included in the above were at least hundreds of telephone calls solicited by the infomercials, as described above.


**The Pattern**

67.    The aforesaid predict acts were:

---

**Page 66**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

a.    Related, as they all were associated with or responding to one of the Named Counterdefendants infomercials;

b.    Possessed continuity in that the infomercials (and, thus, the responding telephone calls) were and are aired on a regular basis; and

c.    Pose a threat of continued criminal activity.

*Ticor Title Ins. Co. v. Florida*, 937 F.2d 447, 450 (9th Cir.1991)

68.    Most if not all of the predicate acts occurred within the ten-year period preceding the filing of this Counterclaim.

69.    Accordingly, the predicate acts constituted a pattern of racketeering activity, as that term is defined and understood in connection with 18 U.S.C. § 1961(5).

**Standing and Injury**

70.    Counterclaimants are currently business competitors as they are in the infomercial business, as well, and therefore have standing. *See Ideal Steel Supply Corp. v. Anza*, 373 F.3d 251 (2nd Cir. 2004).

71.    Counterclaimants' were injured, which injuries were caused by the commission of one or more of the predicate acts in that the predicate acts diverted customers from Counterclaimants and tarnished the reputation of the travel infomercial industry.

/

/

**Page 67**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

## SECOND CLAIM FOR RELIEF

## Violation of Nevada Deceptive Trade Practices Act

## (NEV. REV. STAT. Ch. 598)

## (Against All Counterdefendants)

72.     Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

73.     Named Counterdefendants' infomercials, as described herein constitute "Advertis[ing] goods or services with intent not to sell or lease them as advertised" and "knowingly mak[ing] any other false representation in a transaction""in the course of their business or occupation," as those phrases are defined and understood in connection with Nevada Revised Statutes § 598.0915(9, 15) and therefore is a "deceptive trade practice" under the Nevada Deceptive Trade Practices Act.

74.     The foregoing acts were with "intent to injure competitors and to destroy or substantially lessen competition," as that phrase is defined and understood in connection with Nevada Revised Statutes § 598.0953(1).

75.     Counterclaimants are entitled bring a private action for relief because of the above violations. *Picardi v. Eighth Judicial Dist. Court of State, ex rel. County of Clark (FT Automotive III, LLC),* 127 Nev. Adv. Op. 9, 251 P.3d 723 (2011).

76.     Counterclaimants have been damaged and will continue to be damaged by the deceptive trade practices described above.

---

**Page 68**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

# THIRD CLAIM FOR RELIEF

## Declaratory Judgment

### (28 U.S.C. § 2201, *et seq.*)

### (Against All Counterdefendants)

77.     Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

78.     Counterclaimant Scott Matthews never had a contractual relationship with any of the Named Counterdefendants, although one was once contemplated. Counterdefendants claim otherwise, including in the Complaint to which this is part of the responsive pleading.

79.     Named Counterdefendants infomercials constitute deceptive trade practices, as alleged above. Counterclaimants claim otherwise.

80.     Named Counterdefendants claim some legal or equitable interest in Travel Shopping Network, LLC.; Counterclaimants claim otherwise.

81.     Counterdefendants claim sole ownership in the work alleged in the complaint herein; Counterclaimants claim otherwise.

82.     Therefore, disputes exists between Counterclaimants, on the one hand, and, on the other hand, Counterdefendants sufficient to invoke the Declaratory Judgment Act, 28 U.S.C. §§ 2201, *et seq*.

/

/

---

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

# FOURTH CLAIM FOR RELIEF

## Fraud

## (Against All Counterdefendants)

83. Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

84. In or about January of 2013, Counterdefendant Brian MacGregor proposed a business arrangement with Scott Matthews involving telemarketing vacation, travel and cruise packages whereby those packages would be solicited in television infomercials, which infomercials would solicit calls to a telemarketing center operated by either MacGregor and Matthews or by the travel companies themselves. Because MacGregor was proposing a joint business venture, he had a duty to disclose the fact that he was under a federal injunction prohibiting him from engaging directly or in directly in telemarketing, a fact the MacGregor never disclosed to Counterclaimant Scott Matthews.

85. After Scott Matthews first discovered the existence of, although not the details of the FTC Injunction on April 18, 2013, he contacted MacGregor on the following day, which was the earliest that he could reach him, MacGregor agreed that so long as MacGregor's name was not on documentation, the injunction would not be violated. In truth and in fact, the FTC Injunction expressly prohibited MacGregor's involvement, directly or indirectly, in any telemarketing activities. Matthews did not

---

**Page 70**

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

learn this until September 9, 2012 from a third party who had seen the entire FTC Injunction Document.

86.   As a result of MacGregor's concealment of the existence of the FTC Injunction and his subsequent misrepresentation as to its content, counterclaimants expended over a period of ten (10) months substantial efforts, monies and thereafter endured significant anxiety and suffering thereafter.   Further, because of Counterclaimants' previous involvement with MacGregor, Counterclaimants have been damaged and continue to be damaged in their business refutation in an amount to be proven at trial.

87.   On or about August 5, 2013, Counterdefendant Daryl DuPree, at the instance of Counterdefendant Brian MacGregor, with intent by both of them to defraud, instructed a representative of Incorp Services, Inc. to file a list of members and manager with the Nevada Secretary of State stating that Daryl DuPree was a managing member of Travel Shopping Network, LLC when in truth and in fact DuPree was not a managing member of Travel Shopping Network, LLC and while both Dupree and MacGregor knew that Dupree was not a managing member of Travel Shopping Network, LLC.  The office of the Secretary of State relied upon that misrepresentation and published the listing of Travel Shopping Network, LLC with Daryl DuPree inaccurately listed as a managing member.

88.   DuPree, on or about August 20, 2013, filed a Consent with the Nevada Secretary of state, which consent purported to represent the consent of Travel

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

Shopping Network, LLC filed by DuPree, as a member or manager of that limited liability company, to the use of the name "Travel Shopping Network" as the name of a new corporation when in truth and in fact Travel Shopping Network, LLC gave no such consent and in truth and in fact DuPree was not a member or manager of that limited liability company.

89. By reason of the foregoing Counterclaimants have suffered damage in an amount to be proven at trial.

.

## FIFTH CLAIM FOR RELIEF

### Common-Law Unfair Competition

### (Against All Counterdefendants)

90. Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

91. This is a claim for trademark infringement and arises under the common law.

92. Counterclaimant owns and first used and continues to use the mark TRAVEL SHOPPING NETWORK℠ in various forms and styles in connection with its marketing of travel and vacation promotions.

93. Counterclaimant owns and enjoys common law rights in Nevada and throughout the United States in and to the mark TRAVEL SHOPPING NETWORK℠

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

**Case Number 2:13-cv-2238-JAD-GWF**

in various forms and styles in connection with its marketing of travel and vacation promotions, which are superior to any rights which anyone else may claim in and to said mark in various forms and styles in connection with its marketing of travel and vacation promotions.

94. The use of the mark TRAVEL SHOPPING NETWORK℠ in various forms and styles in connection with its marketing of travel and vacation promotions by Counterdefendant in the United States is likely to cause and has caused confusion as to source of the services in that purchasers will be likely to associate or have associated such services with and as originating with Counterclaimant, all to the detriment of the Counterclaimant.

95. As a result of Counterdefendants' use of the mark of the mark TRAVEL SHOPPING NETWORK℠ in various forms and styles in connection with its marketing of travel and vacation promotions by Counterdefendant in the United States has caused damages to Counterclaimant in an amount to be determined at trial.

96. Counterdefendants will continue to sell infringing Systems unless enjoined by this Court from doing so.

97. As a result of Counterdefendants' use of the mark of the mark TRAVEL SHOPPING NETWORK in various forms and styles in connection with its marketing of travel and vacation promotions by Counterdefendant in the United States has and will continue to cause irreparable harm to the Counterclaimants and the public as to the

---

**Page 73**

**FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

1  source and origin of goods and services identified as provided by TRAVEL
2  SHOPPING NETWORK.

3      98.    All of the acts alleged will continue unless enjoined by this court.

4

5              **SIXTH CLAIM FOR RELIEF**
6                **Unfair Competition**
7               **(15 U.S.C. § 1125(a))**
8            **(Against All Counterdefendants)**

9      99.    Counterclaimants here restate all of the previous allegations in this
10  Counterclaim as if fully set forth here.

11     100.    Counterdefendants ave caused services to enter into interstate commerce
12  with the designation and representation of the mark TRAVEL SHOPPING
13  NETWORK in various forms and styles in connection with its marketing of travel and
14  vacation promotions by Counterdefendant in the United States. Said use of TRAVEL
15  SHOPPING NETWORK is a false designation of origin which is likely to cause and
16  has caused confusion, to cause mistake and to deceive as to the affiliation, connection
17  or association of defendant with plaintiff and as to the origin, sponsorship, or approval
18  of services by Counterclaimant. Those acts are in violation of 15 U.S.C. § 1125(a), in
19  that Counterdefendant has used in connection with goods and services a false
20  designation of origin, a false or misleading description and representation of fact which
21  is likely to cause confusion, and to cause mistake, and to deceive as to the affiliation,

22

23  _____

24                    **Page 74**

25  **FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL
    EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY
26  L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING,
    INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED
27  COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK,
    LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN
28  MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

                              **Case Number 2:13-cv-2238-JAD-GWF**

connection, or association of defendant with plaintiff and as to the origin, sponsorship, and approval of defendant's goods, services and commercial activities by Counterclaimants.

## SEVENTH CLAIM FOR RELIEF

### Unjust Enrichment

### (Against All Counterdefendants)

101.   Counterclaimants here restate all of the previous allegations in this Counterclaim as if fully set forth here.

102.   Counterdefendants have been unjustly enriched as a result of the conduct alleged above.

103.   The economic benefits received by Counterdefendants as a result of the conduct described above were a direct, substantial and reasonably foreseeable and proximate result of the conduct alleged above.

104.   It would be inequitable and unjust for Counterdefendants to be permitted to retain any of the unlawful proceeds resulting from their fraudulent, illegal and inequitable practices described above.

105.   The benefits received by Counterdefendants are benefits which, in equity and good conscience belong to Counterclaimants.

/

/

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

Case Number 2:13-cv-2238-JAD-GWF

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

**GENERAL ALLEGATIONS**

106. In committing the activities alleged herein, the Counterdefendants have been "guilty of oppression, fraud or malice, express or implied," as those terms are defined and understood in connection with Nevada Revised Statutes § 42.005.

107. If a preliminary injunction against the Counterdefendants' activities described above is not issued, Counterclaimants are likely to suffer irreparable harm; moreover, the balance of equities tips in Counterclaimants' favor; and a preliminary injunction is in the public's interest. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20, 22, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008).

**PRAYER FOR RELIEF**

WHEREFORE, based upon the foregoing, the court should grant the following relief:

A. A declaratory judgment, (1) declaring that Scott Matthews never had a contractual relationship with any of the Counterdefendants, (2) declaring that Counterdefendants' infomercial constitutes a deceptive trade practice; (3) that none of the counterdefendants have an interest in Travel Shopping Network, LLC and (4) an order, pursuant to 28 U.S.C. § 2202, that the Counterdefendants show cause why further relief should not be granted.

B. A preliminary injunction against the Racketeering Activity and the Deceptive Trade Practices alleged herein.

FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING, INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK, LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10

**Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd

1    C.    Damages according to proof..

2    D.    Discouragement of ill-gotten gains.

3    E.    Treble damages pursuant to 19 U.S.C. § 1964(c).

4    F.    Costs and reasonable attorneys fees.

5    G.    Punitive damages pursuant to Nev. Rev. Stat. 42.005.

6    H.    Any other relief that the court deems appropriate and is supported by the

7    proof.

8    I.    Costs and reasonable attorneys fees.

9    Dated: March 2, 2014.                    Respectfully Submitted,

10                                            CLYDE DeWITT
                                             LAW OFFICES OF CLYDE DeWITT, APC
11

12
                                            By: _/s/ Clyde DeWitt___
13                                               Clyde DeWitt

14                                          Counsel for Counterclaimants Scott R.
                                           Matthews and Travel Shopping Network,
15                                         LLC

16

17

18

19

20

21

22

23    _____

24                              **Page 77**

25    **FIRST AMENDED ANSWER OF DEFENDANTS SCOTT R. MATTHEWS, TRAVEL**
      **EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY**
26    **L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, RW ADVERTISING,**
      **INC. AND CALL SERVICES INTERNATIONAL LLC; AND FIRST AMENDED**
27    **COUNTERCLAIM OF SCOTT R. MATTHEWS AND TRAVEL SHOPPING NETWORK,**
      **LLC AGAINST COUNTERDEFENDANTS BLUE MOON MARKETING, LLC, BRIAN**
28    **MACGREGOR LEVEL-12, INC., DARYL DUPREE AND DOES 1-10**

                              **Case Number 2:13-cv-2238-JAD-GWF**

K:\Files\Matthews, Scott\Pleadings - Federal Case\14-004 - p - First Amended Answer and Counterclaim.wpd