MARK S. BRAUN, Esq.
Nevada Bar Number 7615
1600 S. Valley View Blvd.
# 2132
Las Vegas, Nevada 89102
Tel: 702-287-2354
Fax: 866-509-3683
Forest4005@hotmail.com
Counsel for Plaintiffs/Counter-Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BLUE MOON MARKETING, LLC; <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT R. MATTHEWS, an individual; TRAVEL EXCURSION NETWORK, LLC, a Florida limited liability company; 4 STAR HOLDINGS, LLC., a Florida limited liability company; ALLAN R. LEFFLER, an individual; TRACY L. LEFFLER, an individual; PRESTIGE TRAVEL SYSTEMS, INC., a Florida corporation; RON LASCAL, an individual; SUMMER BAY RESORTS CROWN CLUB, LLC., a Florida limited liability company; PHILLIP BREWER, an individual; WESTGATE RESORTS, LLC., a Florida limited liability company; WESTGATE RESORTS, INC., a Florida Corporation; RW ADVERTISING, INC., an Illinois corporation; REVENUE FROTIER, LLC., a California foreign limited liability company; CALLS SERVICES INTERNATIONAL, LLC, a Florida limited liability company; and DOES 1-10, inclusive, <br><br> Defendants | Case No. 2:13-cv-02238-JAD-GWF <br><br> Hon. Jennifer A. Dorsey, United States District Judge <br><br> Hon. George Foley, Jr., United States Magistrate <br><br> **PLAINTIFF'S DISMISSAL OF DEFENDANTS WESTGATE RESORTS, LTD.; WESTGATE RESORTS, LLC and WESTGATE RESORTS, INCORPORATED** |

| | |
|---|---|
| 1 | ---------- |
| 2 | SCOTT R. MATTHEWS, an individual; |
| 3 | TRAVEL SHOPPING NETWORK, LLC, a Nevada Limited Liability Company, |
| 4 | |
| 5 | Counterclaimants, |
| 6 | vs. |
| 7 | |
| 8 | BLUE MOON MARKETING, LLC, a Nevada Limited Liability Company; BRIAN MACGREGOR, an Individual; DOES 1-5, Inclusive, and DOES,INC. 6-10, inclusive, |
| 9 | |
| 10 | |
| 11 | Counter-Defendants |

**COMES NOW** Plaintiff BLUE MOON MARKETING, LLC, by and through its counsel of record, MARK S. BRAUN, ESQ., and dismisses its instant actions against Defendants WESTGATE RESORTS, LTD.; WESTGATE RESORTS, LLC and WESTGATE RESORTS, INC. without prejudice.

DATED February 19, 2014.

/s/
MARK S. BRAUN, ESQ.
Nevada Bar # 7615
Attorney for Plaintiff
BLUE MOON MARKETING, LLC.

**IT IS SO ORDERED.**
Dated: March 21, 2014.

_____
United States District Judge