JAMES E. SMYTH II
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
jsmyth@kcnvlaw.com
lzastrow@kcnvlaw.com
*Attorneys for Westgate Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE MOON MARKETING, LLC, a Nevada limited-liability company,<br>        Plaintiffs,<br>  vs.<br>SCOTT R. MATTHEWS, an individual; TRAVEL EXCURSION NETWORK, LLC, a Florida limited-liability company; 4 STAR HOLDINGS LLC, a Florida limited liability company, ALLAN R. LEFFLER, an individual; TRACEY L. LEFFLER, an individual, PRESTIGE TRAVEL SYSTEMS, INC., a Florida corporation; RON LASCALA, an individual; SUMMER BAY RESORTS CROWN CLUB, LLC, a Florida limited-liability company; PHILLIP BREWER, an individual; WESTGATE RESORTS, LTD., a Florida limited partnership; WESTGATE RESORTS, LLC, a Florida limited-liability company; WESTGATE RESORTS, INC., Florida corporation; RW ADVERTISING, INC., an Illinois corporation; REVENUE FRONTIER, LLC, a California foreign limited-liability company; CALL SERVICES INTERNATIONAL LLC, Florida limited- liability company; and DOES 1-10, inclusive,<br>        Defendants. | Case No. 2:13-cv-02238<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Page 1 of 2

1383930_1.docx

### *EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

This Ex Parte Motion is brought to remove James E. Smyth II and Lisa J. Zastrow from the CM/ECF Service List in the above-captioned matter as Defendants WESTGATE RESORTS, LTD., WESTGATE RESORTS, LLC, and WESTGATE RESORTS, INC. were dismissed from the case.  (*See* Plaintiff's Dismissal of Westgate Resorts, Ltd., Westgate Resorts, LLC, Westgate Resorts, Inc., Docket Entry No. 28).

Dated: March 13th, 2014            Respectfully Submitted,

By: */s/James E. Smyth II*

JAMES E. SMYTH II,
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:     (702) 792-7000
Fax:     (702) 796-7181
jsmyth@kcnvlaw.com
lzastrow@kcnvlaw.com
*Attorneys for Westgate Defendants*

**IT IS SO ORDERED.**

Dated: March 14, 2014            By: _/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge