FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 1 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Blue Moon Marketing, LLC, <br><br> Plaintiff <br><br> v. <br><br> Revenue Frontier, LLC, et al., <br><br> Defendants | Case No.: 2:13-cv-2238-JAD-GWF <br><br> **Order Granting Motion to Dismiss [Doc. 22]** |

For the reasons stated on the record during the August 11, 2014, hearing on defendant Revenue Frontier's Motion to Dismiss (Doc. 22), IT IS HEREBY ORDERED that the motion is GRANTED. This case is dismissed without prejudice as to Revenue Frontier for lack of personal jurisdiction.

DATED August 11, 2014.

_____
Jennifer A. Dorsey
United States District Judge

1