```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
            COUNSEL/PARTIES OF RECORD

         DEC  9 2014

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Blue Moon Marketing, LLC,

    Plaintiff

v.

Scott R. Matthews et al.,

    Defendants

Case No.: 2:13-cv-2238-JAD-GWF

**Order Granting Motion to Transfer Venue and Denying Other Motions without Prejudice**

Based on the court's findings and conclusions stated on the record at the December 9, 2014, motion hearing, I **GRANT** defendants' motion to transfer venue (Doc. 100) and order that this case is **TRANSFERRED** to the United States District Court for the Middle District of Florida. The pending motion for summary judgment and motion for judgment on the pleadings (Docs. 50, 103) are **DENIED** without prejudice to their refiling in the transferee court. The Clerk of Court is instructed to enter the transfer and close this case.

DATED December 9, 2014.

                                  _____
                                  Jennifer A. Dorsey
                                  United States District Judge