**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BLUE MOON MARKETING, LLC,**

    Plaintiffs,

vs.                                                   Case No. 6:14-cv-02036-CEM-TBS

**SCOTT R. MATTHEWS, TRAVEL**
**EXCURSION NETWORK, LLC,**
**4 STAR HOLDINGS LLC,**
**ALLAN R. LEFFLER,**
**TRACY L. LEFFLER, PRESTIGE**
**TRAVEL SYSTEMS, INC.,**
**RON LaSCALA, SUMMER BAY**
**RESORTS CROWN CLUB, LLC,**
**PHILLIP BREWER,**
**WESTGATE RESORTS, LTD.,**
**WESTGATE RESORTS, L.L.C,**
**WESTGATE RESORTS, INC.,**
**RW ADVERTISING, INC. AND**
**CALL SERVICES INTERNATIONAL LLC,**

    Defendants.

**And Related Counterclaims,**
**Cross-claims and Claims in Intervention.**
_____/

## MOTION TO WITHDRAW AS COUNSEL

### [Local Rule 2.03(b-c)]

    CLYDE DeWITT, Counsel for Counsel for Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC and for Counterclaimants and Cross Defendants Scott R. Matthews and Travel Shopping Network, LLC., moves to withdraw from any further representation of those parties herein. As grounds, counsel would urge the following:

1

1. This case was transferred to this Court from the United States District Court for the District of Nevada, which transfer was effected on Monday, December15, 2014.

2. The undersigned is not admitted to practice in the state of Florida or in this District.

3. Pursuant to Local Rule 2.03(b) of this court, notice was given to all affected clients and to opposing counsel more than ten days prior to the filing of this motion. That notice to the clients included an admonition that entities must be represented by counsel admitted in this court.

4. Pursuant to Local Rule 2.03(c), such withdrawal will not likely cause continuance or delay. This entire case has been stayed pending ruling on a pending motion for summary judgment. Prior to the stay, no discovery had taken place. When the court stayed the case, it contemplated that, if the summary judgment motion was not granted, a schedule would thereafter be issued.

5. There are additional reasons why I am unable to represent the indicated parties in this case, which reasons I will submit under seal for *in camera* inspection if so required.


Dated: January 12, 2015.          Respectfully Submitted,

**CLYDE DeWITT**
**LAW OFFICES OF CLYDE DeWITT,**
**A NEVADA PROFESSIONAL CORP.**

By:      /s/ Clyde DeWitt
Clyde DeWitt, Esq.
Nevada State Bar No. 9791
Law Offices of Clyde DeWitt,
        A Nevada Professional Corporation
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102-4397
(702) 386-1756; fax (702) 441-0308
*clydedewitt@earthlink.net*

**Counsel for Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings**

LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc. and Call Services International LLC and for Counterclaimants and Cross Defendants Scott R. Matthews and Travel Shopping Network, LLC.

AND

**LUKE LIROT**
**LUKE CHARLES LIROT, P.A.**

By: __/s/   Luke Lirot__
Luke Lirot, Esq.
Florida Bar Number 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
**Counsel for the Movant, Clyde DeWitt**
*luke2@lirotlaw.com* (primary e-mail)
*ryan@lirotlaw.com* (secondary e-mail)
*jimmy@lirotlaw.com* (secondary e-mail)

## CERTIFICATE OF SERVICE BY MAIL

**[Fed. R. Civ. Proc. 5]**

I HEREBY CERTIFY that on this date, I personally filed the foregoing with the Clerk of the Court and sent a copy of the foregoing document ***by mail and by email*** to the following:

Scott R. Matthews, Individually
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*smatthews@integrityad.com*
7051 Bramlea Lane
Windermere, FL 34786

Travel Excursion Network, LLC
Attention: Tracy L. Leffler
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*tleffler@tencruise.com*
2081 North Pointe Alexis Dr.

3

Tarpon Springs, FL 34689

4 Star Holdings LLC
Attention: Tracy L. Leffler
**ORIGINAL BY MAIL;
COPY VIA EMAIL TO:**
*tleffler@tencruise.com*
2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

Allan R. Leffler, Individually
**ORIGINAL BY MAIL;
COPY VIA EMAIL TO:**
*allanleffler@gmail.com*
2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

Tracy L. Leffler, Individually
**ORIGINAL BY MAIL;
COPY VIA EMAIL TO:**
*tleffler@tencruise.com*
2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

Prestige Travel Systems, Inc.
Attention: Ron LaScala
**ORIGINAL BY MAIL;
COPY VIA EMAIL TO:**
*ron@ptstravel.com*
4802 Gunn Highway
Suite 158
Tampa, Florida 33624

Ron LaScala, Individually
**ORIGINAL BY MAIL;
COPY VIA EMAIL TO:**
*ron@ptstravel.com*
2803 W. Busch Blvd, #100
Tampa, FL  33618

RW Advertising, Inc.
Attention: Sean Ryan
**ORIGINAL BY MAIL;
COPY VIA EMAIL TO:**
*sryan@rwadv.com*
805 Forestwood Dr. Unit B

Romeoville, IL. 60446
Phone: (815) 372-9701

Call Services International LLC
Attention: Alan R. Leffler
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*allanleffler@gmail.com*
2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

    Signed this 12th day of January, 2015.

                                             /s/   Luke Lirot
                                             Luke Lirot, Esquire
                                             Florida Bar Number 714836