UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BLUE MOON MARKETING, LLC,

    Plaintiff,

v.                                                    Case No.  6:14-cv-2036-Orl-41TBS

SCOTT R. MATTHEWS, TRAVEL
EXCURSION NETWORK, LLC, 4 STAR
HOLDINGS LLC, ALLAN R. LEFFLER,
TRACY L. LEFFLER, PRESTIGE TRAVEL
SYSTEMS, INC., RON LASCALA, SUMMER
BAY RESORTS CROWN CLUB, LLC,
PHILIP BREWER, WESTGATE RESORTS,
LTD., WESTGATE RESORTS, L.L.C.,
WESTGATE RESORTS, INC., RW
ADVERTISING, INC., and CALL SERVICES
INTERNATIONAL LLC,

    Defendants.
_____/

ORDER

    Pending before the Court is attorney Clyde DeWitt's Motion to Withdraw as Counsel (Doc. 142).  Upon due consideration, the motion is GRANTED and Mr. DeWitt is DISCHARGED as counsel for Defendants Scott R. Matthews, Travel Excursion Network, LLC, 4 Star Holdings LLC, Allan R. Leffler, Tracy L. Leffler, Prestige Travel Systems, Inc., Ron LaScala, RW Advertising, Inc., and Call Services International LLC.  The Clerk of Court shall TERMINATE Mr. DeWitt and REMOVE him from the CM/ECF service list.  These Defendants continue to be represented by attorney Luke Lirot of Luke Charles Lirot, P.A.

    IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on January 12, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel