**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BLUE MOON MARKETING, LLC,**

    Plaintiffs,

vs.                                                                           Case No. 6:14-cv-02036-CEM-TBS

**SCOTT R. MATTHEWS, TRAVEL**
**EXCURSION NETWORK, LLC,**
**4 STAR HOLDINGS LLC,**
**ALLAN R. LEFFLER,**
**TRACY L. LEFFLER, PRESTIGE**
**TRAVEL SYSTEMS, INC.,**
**RON LaSCALA, SUMMER BAY**
**RESORTS CROWN CLUB, LLC,**
**PHILLIP BREWER,**
**WESTGATE RESORTS, LTD.,**
**WESTGATE RESORTS, L.L.C,**
**WESTGATE RESORTS, INC.,**
**RW ADVERTISING, INC. AND**
**CALL SERVICES INTERNATIONAL LLC,**

    Defendants.

**And Related Counterclaims,**
**Cross-claims and Claims in Intervention.**
_____/

## MOTION TO CORRECT ORDER RE WITHDRAWAL AS COUNSEL

### [Local Rule 2.03(b-c)]

On behalf of Nevada attorney Clyde DeWitt, the undersigned filed a motion to withdraw as counsel for the parties herein that he represented (Docket Document No. 142, filed January 12, 2015). Correctly, the court granted that motion (Docket Document No. 143, entered January 12, 2015). However, in granting the motion, ***the court incorrectly noted the undersigned as replacement counsel*** for those parties. The undersigned, Luke Lirot, appeared only on behalf of

1

Mr. DeWitt; Mr. Lirot does not represent any party in this case, has not been retained to do so and, in fact, has never even communicated with any of those parties. Accordingly, the order should be corrected to that extent, removing Mr. Lirot as counsel for any party.

Dated: January 11, 2015.                    Respectfully Submitted,

**LUKE LIROT**
**LUKE CHARLES LIROT, P.A.**

By:   /s/   Luke Lirot
Luke Lirot, Esq.
Florida Bar Number 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
**Counsel for the Movant, Clyde DeWitt**
*luke2@lirotlaw.com* (primary e-mail)
*krista@lirotlaw.com* (secondary e-mail)
*jimmy@lirotlaw.com* (secondary e-mail)

## CERTIFICATE OF SERVICE BY MAIL

**[Fed. R. Civ. Proc. 5]**

I HEREBY CERTIFY that on this date, I personally filed the foregoing with the Clerk of the Court and sent a copy of the foregoing document *by mail and by email* to the following:

Scott R. Matthews, Individually
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*smatthews@integrityad.com*
7051 Bramlea Lane
Windermere, FL 34786

Travel Excursion Network, LLC
Attention: Tracy L. Leffler
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*tleffler@tencruise.com*

2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

4 Star Holdings LLC
Attention: Tracy L. Leffler
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*tleffler@tencruise.com*
2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

Allan R. Leffler, Individually
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*allanleffler@gmail.com*
2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

Tracy L. Leffler, Individually
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*tleffler@tencruise.com*
2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

Prestige Travel Systems, Inc.
Attention: Ron LaScala
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*ron@ptstravel.com*
4802 Gunn Highway
Suite 158
Tampa, Florida 33624

Ron LaScala, Individually
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*ron@ptstravel.com*
2803 W. Busch Blvd, #100
Tampa, FL 33618

RW Advertising, Inc.
Attention: Sean Ryan
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*sryan@rwadv.com*

805 Forestwood Dr. Unit B
Romeoville, IL. 60446
Phone: (815) 372-9701

Call Services International LLC
Attention: Alan R. Leffler
**ORIGINAL BY MAIL;**
**COPY VIA EMAIL TO:**
*allanleffler@gmail.com*
2081 North Pointe Alexis Dr.
Tarpon Springs, FL 34689

    Signed this 12th day of January, 2015.

                                           /s/   Luke Lirot
                                           Luke Lirot, Esquire
                                           Florida Bar Number 714836