IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BLUE MOON MARKETING, LLC,

    Plaintiff,

v.    Case No.: 6:14-cv-2036-Orl-41TBS

SCOTT MATTHEWS, TRAVEL
EXCURSION NETWORK, LLC, 4 STAR
HOLDINGS LLC, ALLAN R. LEFFLER,
TRACY L. LEFFLER, PRESTIGE TRAVEL
SYSTEMS, INC., RON LASCALA, SUMMER
BAY RESORTS CROWN CLUB, LLC,
PHILIP BREWER, WESTGATE RESORTS,
LTD., WESTGATE RESORTS, LLC.,
WESTGATE RESORTS, INC., RW
ADVERTISING, INC., and CALL SERVICES
INTERNATIONAL LLC,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES, PLEASE TAKE NOTICE:

    The undersigned and the law firm of Ausley & McMullen appear as counsel for Defendant, RW ADVERTISING, INC., and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorneys at the following address:

Martin B. Sipple
Ruth E. Vafek
Ausley & McMullen
123 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
msipple@ausley.com
rvafek@ausley.com

Dated: January 30, 2015

Respectfully submitted,

/s/ Ruth E. Vafek
Martin B. Sipple
Florida Bar No.: 0135399
Ruth E. Vafek
Florida Bar No.: 0034220
Ausley & McMullen
123 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
(850) 224-9115
Facsimile No.: (850) 222-7560
msipple@ausley.com
rvafek@ausley.com

*Attorneys for RW Advertising, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 30th day of January, 2015.

/s/ Ruth E. Vafek
Ruth E. Vafek