UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BLUE MOON MARKETING, LLC,**

    **Plaintiff,**

v.                                 Case No: 6:14-cv-2036-Orl-41TBS

**SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, SUMMER BAY RESORTS CROWN CLUB, LLC, PHILLIP BREWER, RW ADVERTISING, INC., CALL SERVICES INTERNATIONAL LLC and DOES 1-10,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court upon periodic review of the file. The Court issued an Order Requiring Electronic Filing (Doc. 139) on January 8, 2015. Said Order directed the applicable parties to register for CM/ECF, obtain passwords, and review the tutorials offered on the Court's website. The parties were ordered to begin using CM/ECF within fourteen days. David S. Lee and Charles C. Rainey failed to respond or comply with the Court's order.

It is **ORDERED** and **ADJUDGED** that David S. Lee and Charles C. Rainey shall show cause, in writing, on or before **Tuesday, March 10, 2015**, as to why sanctions should not be imposed for failure to comply with the Court's Order (Doc. 139).

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2015.



Copies furnished to:

Counsel of Record
Unrepresented Parties