UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BLUE MOON MARKETING, LLC,**

    **Plaintiff,**

v.   Case No: 6:14-cv-2036-Orl-41TBS

**SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, SUMMER BAY RESORTS CROWN CLUB, LLC, PHILLIP BREWER, RW ADVERTISING, INC., CALL SERVICES INTERNATIONAL LLC and DOES 1-10,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Charles C. Rainey Esq.'s Response to Order to Show Cause ("Response") (Doc. 161), filed March 2, 2015. The Response was filed in reference to a March 2, 2015 Order to Show Cause (Doc. 160).

It is **ORDERED** and **ADJUDGED** that the Order to Show Cause (Doc. 160) as it pertains to Charles C. Rainey is **DISCHARGED**. The Clerk of Court is directed to remove Mr. Rainey's name from the Service List as he is no longer a participant in this case. The Order to Show Cause (Doc. 160) as it pertains to Mr. David S. Lee remains active.

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2015.



Copies furnished to:

Counsel of Record
Unrepresented Parties