UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BLUE MOON MARKETING, LLC,**

    **Plaintiff,**

v.                                           Case No: 6:14-cv-2036-Orl-41TBS

**SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, SUMMER BAY RESORTS CROWN CLUB, LLC, PHILLIP BREWER, RW ADVERTISING, INC., CALL SERVICES INTERNATIONAL LLC and DOES 1-10,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Defendant Scott Matthews's Suggestion of Bankruptcy (Doc. 156), suggesting that Mr. Matthews has filed bankruptcy. Accordingly, pursuant to 11 U.S.C. § 362(a)(1), it is **ORDERED** that this case is **STAYED** only as to Defendant Scott Matthews. Mr. Matthews shall file a report as to the status of the bankruptcy proceeding every 180 days from the date of this Order until the bankruptcy case has been resolved.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2015.



Copies furnished to:

Counsel of Record
Unrepresented Parties