# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

---

**BLUE MOON MARKETING, LLC,**

      Plaintiff,

v.                                                          Case No:  6:14-cv-2036-Orl-41TBS

**SCOTT R. MATTHEWS, TRAVEL EXCURSION NETWORK, LLC, 4 STAR HOLDINGS LLC, ALLAN R. LEFFLER, TRACY L. LEFFLER, PRESTIGE TRAVEL SYSTEMS, INC., RON LASCALA, SUMMER BAY RESORTS CROWN CLUB, LLC, PHILLIP BREWER, RW ADVERTISING, INC., CALL SERVICES INTERNATIONAL LLC and DOES 1-10,**

      **Defendants.**

| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COUNSEL FOR PLAINTIFF** | Charles Rainey |
|---|---|---|---|
| **DEPUTY CLERK:** | Darleen Darley | | |
| **COURT REPORTER** | Koretta Stanford | **COUNSEL FOR DEFENDANT:** | Martin B. Sipple |
| **DATE/TIME:**<br><br>**TOTAL TIME: 5 MINUTES** | April 20, 2016<br>3:05-3:10 P.M. | | |

## CLERK'S MINUTES
## TELEPHONIC HEARING ON MOTION FOR ORDER TO SHOW CAUSE

3:05-3:10 p.m.      Counsel Charles Rainey appears on behalf of plaintiff and informs the Court that due to a death in the family of lead counsel Mark Addington, he will not be appearing today.  Court reschedules telephone conference at 3:00 p.m. on Thursday, April 28, 2016.