# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE NO.: 6:14-CV-2036-CEM-TBS

BLUE MOON MARKETING, LLC,

        Plaintiff,

vs.

SCOTT R. MATTHEWS, et al.,

        Defendants.            /

## **RESPONSE TO SHOW CAUSE ORDER**

COMES NOW Winthrop B. Reed, III, attorney for Defendants SUMMER BAY RESORTS CROWN CLUB, LLC and PHILIP BREWER, and Intervenor, SUMMER BAY SALES AND MARKETING, LC, prior to their dismissal, and in response to the Court's September 5, 2019 Order to Show Cause, states as follows:

1. On December 31, 2014, the undersigned moved for special admission for the sole purpose of representing Defendants SUMMER BAY RESORTS CROWN CLUB, LLC and PHILIP BREWER, and Intervenor, SUMMER BAY SALES AND MARKETING, LC in the above-referenced matter [ECF No. 135].

2. The undersigned participated in the case through dismissal of Defendants SUMMER BAY RESORTS CROWN CLUB, LLC and PHILIP BREWER, and Intervenor, SUMMER BAY SALES AND MARKETING, LC, on August 20, 2015 [ECF No. 168].

3. In light of that participation and the completion of his involvement for the case in which his special admission applied, the undersigned understood his CM/ECF status to be fully in compliance with the Court's procedures.

4.      Upon receipt of the Court's Order to Show Cause [ECF No. 207] on September 5, 2019, indicating non-compliance with the Court's CM/ECF procedures, the undersigned updated his contact information with the Clerk's Office, which the undersigned was informed resolved the issue leading the Order to Show Cause.

5.      In any event, the undersigned is not presently appearing before this Court in any matter.

WHEREFORE, the undersigned respectfully requests that the Court find him in compliance with the Court's CM/ECF procedures resolving the Court's Order to Show Cause and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted:

/s/ Winthrop B. Reed, III
Winthrop B. Reed III, *by special admission*
LEWIS RICE LLC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7600
(314) 612-7617 [Fax]
wreed@lewisrice.com

*Attorneys for Defendants Summer Bay Resorts Crown Club, LLC and Philip Brewer and Intervenor Summer Bay Sales and Marketing, LC*