IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BLUE MOON MARKETING, LLC,

    Plaintiff,

v.                                           Case No.: 6:14-cv-2036-Orl-41TBS

SCOTT MATTHEWS, TRAVEL
EXCURSION NETWORK, LLC, 4 STAR
HOLDINGS LLC, ALLAN R. LEFFLER,
TRACY L. LEFFLER, PRESTIGE TRAVEL
SYSTEMS, INC., RON LASCALA, SUMMER
BAY RESORTS CROWN CLUB, LLC,
PHILIP BREWER, WESTGATE RESORTS,
LTD., WESTGATE RESORTS, LLC,
WESTGATE RESORTS, INC., RW
ADVERTISING, INC., and CALL SERVICES
INTERNATIONAL LLC,

    Defendants.
_____/

**MOTION TO WITHDRAW AS COUNSEL FOR TRAVEL EXCURSION
NETWORK, LLC, 4 STAR HOLDINGS, LLC, CALL SERVICES
INTERNATIONAL, LLC, ALLAN R. LEFFLER, AND TRACY L. LEFFLER**

The law firm Ausley & McMullen, P.A. ("Ausley"), pursuant to Local Rule 2.03(b), moves to withdraw as counsel for the following defendants: (1) Travel Excursion Network, LLC ("TEN"), 4 Star Holdings, LLC ("4 Star"), Call Services International, LLC ("CSI"), Allan R. Leffler, and Tracy L. Leffler (collectively, "the Leffler defendants").

1.    Irreconcilable differences have developed between Ausley and the Leffler defendants such that Ausley's continued representation of the Leffler defendants is not possible. Specifically, it is undersigned counsel's understanding that TEN, 4 Star, and CSI are or were owned and controlled by Allan R. Leffler and/or Tracy L. Leffler. Ausley has lost all contact with the Lefflers. Undersigned counsel emailed the Lefflers at their last known address on

September 30, 2019, indicating Ausley's intent to file a motion to withdraw unless it heard from them, but did not received a response. Undersigned counsel also telephoned Allan Leffler on his cell phone. Although undersigned counsel briefly made connections, Mr. Leffler has subsequently failed to return several follow up calls. The Leffler defendants maintain a substantial amount of unpaid accounts payable with Ausley as well.

2. Due to the irreconcilable differences noted above, Ausley will be unable to effectively and properly continue representing the Leffler defendants.

FOR RELIEF, the law firm Ausley & McMullen, P.A., respectfully requests that the Court grant this motion and enter its Order permitting it to withdraw a counsel for TEN, 4 Star, CSI, Allan R. Leffler, and Tracy L. Leffler, and providing that the firm shall have no further responsibility to these defendants, and entering any further relief the Court deems just and appropriate.

Respectfully submitted,

AUSLEY & McMULLEN, P.A.

/s/Martin B. Sipple
Martin B. Sipple
Florida Bar No.: 0135399
Ruth E. Vafek
Florida Bar No.: 0034220
123 South Calhoun Street
P.O. Box 391 (zip 32302)
Tallahassee, Florida 32301
(850) 224-9115 – telephone
(850) 222-7560 – facsimile

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on all counsel of record electronically via the CM/ECF System on this 13th day of October, 2019.

/s/ Martin B. Sipple
Attorney